**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20860-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

LeeAnn Benninghoff
6123 Chatam Drive
Aliquippa PA 15001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/12/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 18-20860-CMB
LeeAnn Benninghoff                                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz              Page 1 of 1              Date Rcvd: May 10, 2018
                               Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14800748          E-mail/PDF: cbp@onemainfinancial.com May 11 2018 01:44:12      OneMain Financial,    PO BOX 3251,
         EVANSVILLE, IN 47731-3251
                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
        Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank Trust National Association, not in its
         individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1
         bk@romanogarubo.com
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Jeffrey J. Sikirica    on behalf of Debtor LeeAnn  Benninghoff trusteesikirica@zoominternet.net,
         PA59@ecfcbis.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                        TOTAL: 7