UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  LeeAnn Benninghoff aka Lee A Benninghoff aka Lee Ann Benninghoff<br>　　　　　　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　　v.<br>LeeAnn Benninghoff aka Lee A Benninghoff aka Lee Ann Benninghoff<br>　　　　　　　　　　Respondent<br>　　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 18-20860 CMB<br><br>CHAPTER 13<br><br>Related to Docket #____27____ |

**ENTERED BY DEFAULT**

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 17th day of May, 2018, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA TUNDRA , VIN:5TFDY5F14HX602491, in a commercially reasonable manner.

*Carlota M. Böhm*
United States Bankruptcy Judge      **dms**

cc: See attached service list:

FILED
5/17/18 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

LeeAnn Benninghoff aka Lee A Benninghoff aka Lee Ann Benninghoff
6123 Chatam Drive
Aliquippa, PA 15001

Jeffrey J. Sikirica Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-20860-CMB
LeeAnn Benninghoff                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1              Date Rcvd: May 17, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +LeeAnn Benninghoff,    6123 Chatam Drive,    Aliquippa, PA 15001-4801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1
               bk@romanogarubo.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Debtor LeeAnn  Benninghoff trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7