## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 18-20860-CMB |
| LEEANN BENNINGHOFF ) | |
| ) | Chapter 13 |
| Debtor ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, **THE BOROUGH OF BRENTWOOD** is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

**Matthew J. Burne, Esquire**
**Pa. I.D. No. 314888**
**(mburne@tuckerlaw.com)**
**Tucker Arensberg, P.C.**
**1500 One PPG Place**
**Pittsburgh, PA  15222**
**Phone:  (412) 566-1212**
**FAX:  (412) 594-5619**

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

TUCKER ARENSBERG, P.C.

Dated:  10/25/18            /s/ *Matthew J. Burne*
Matthew J. Burne, Esquire
Pa. I.D. No. 314888
(mburne@tuckerlaw.com)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
*Counsel for the Borough of Brentwood*

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 18-20860-CMB |
| LEEANN BENNINGHOFF ) | |
| ) | Chapter 13 |
| Debtor ) | |

### CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I served a copy of the above captioned Notice of Appearance upon each of the persons and parties in interest requesting electronic notification by way of the Court's CM/ECF System and upon the following parties at the addresses shown below by <u>United States Mail, First Class, Postage Pre-Paid</u>*:

By First-Class mail and through the Courts CM/ECM system, as well as by email where applicable:

| | | |
|---|---|---|
| Jeffrey J. Sikirica, Esquire | Office of the United States Trustee | Ronda J. Winnecour |
| 121 Northbrook Drive | Liberty Center | US Steel Tower |
| Pine Township | 1001 Liberty Avenue, Suite 970 | 600 Grant Street, Suite 3250 |
| Gibsonia, PA 15044 | Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| SikiricaLaw@zoominternet.net | | |

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Dated: 10/25/18

*/s/ Matthew J. Burne*
Matthew J. Burne, Esquire
Pa. I.D. No. 314888
mburne@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorneys for the Borough of Brentwood

2