# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LEEANN BENNINGHOFF |
| **Case Number:** | 18-20860-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 28, 2019  02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/29/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#22 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #:  22 / 0

*Appearances:*

Sikirika

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone

Creditor:

Burke — Brentwood Boro

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/25/19 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/21/2019   2:28:57PM