IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF, | : <br> : <br> : <br> : <br> : <br> : <br> : | Bankruptcy No.  18-20860-CMB <br><br> Chapter 13 |
| Debtor | : <br> : | |
| LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF, | : <br> : <br> : <br> : | Related to Document No. |
| Movant | : <br> : | |
| v. | : <br> : | |
| GREAT AMERICAN INSURANCE<br>GROUP, LLYOD'S OF LONDON,<br>TRAVELERS, COMPLETE ESCOW<br>SERVICES, LLC, WILLIAM YARUSI,<br>and L. CHARLES FEDEL | : <br> : <br> : <br> : <br> : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Jeffrey J. Sikirica, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Dated: **June 25, 2019**              /s/ Jeffrey J. Sikirica
                                       Jeffrey J. Sikirica, Chapter 7 Trustee
                                       PA I.D. 36745

                                       121 Northbrook Drive
                                       Gibsonia PA 15044
                                       Phone: 724-625-2566
                                       Fax:    724-625-4611
                                       Email: TrusteeSikirica@zoominternet.net

**PAWB Local Form 30 (07/13)**

```
                          Amended_CreditorMatrix-1.txt
Complete Escrow Services, LLC
246 Moon Clinton Road
Coraopolis, PA 15108


Great American Insurance Group
Attn:. B. Carlos
301 East Fourth St. - 24th Flr.
Cincinnati, OH 45201


L. Charles Fedel
429 Forbes Avenue
1400
Pittsburgh, PA 15222


Lloyd's of London
c/o Lancer Claims Services
681 South Parker, Suite 300
Orange, CA 92868


Travelers Insurance
Attn:  A. Gennetti
385 Washington Street
Saint Paul, MN 55102


William Yarussi
101 Lawnview Court
Cranberry Twp, PA 16066
```