IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF,<br><br>Debtor<br><br>LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF,<br><br>Movant<br><br>v.<br><br>GREAT AMERICAN INSURANCE GROUP, LLYOD'S OF LONDON, TRAVELERS, COMPLETE ESCOW SERVICES, LLC, WILLIAM YARUSI, and L. CHARLES FEDEL | : : : : : : : : : : : : : : : : : : | Bankruptcy No. 18-20860-CMB<br><br>Chapter 13<br><br>Related to Document No. 60, 63 & 64 |

## CERTIFICATE OF SERVICE OF NOTICE OF AMENDMENT OF SCHEDULE F ADDING CLAIMS, ORIGINAL § 341 MEETING NOTICE, AMENDED COVER SHEET & AMENDED SCHEDULE F

I certify under penalty of perjury that I served the above cited document on the parties at the addresses specified below on **June 26, 2019**.

The type(s) of service made on the party was first-class mail or NEF as indicated.

By First Class Mail:

Complete Escrow Services, LLC
246 Moon Clinton Road
Coraopolis, PA 15108


Great American Insurance Group
Attn:. B. Carlos
301 East Fourth St. - 24th Flr.
Cincinnati, OH 45201


L. Charles Fedel
429 Forbes Avenue
1400
Pittsburgh, PA 15222

Lloyd's of London
c/o Lancer Claims Services
681 South Parker, Suite 300
Orange, CA 92868


Travelers Insurance
Attn:  A. Gennetti
385 Washington Street
Saint Paul, MN 55102


William Yarussi
101 Lawnview Court
Cranberry Twp, PA 16066

<u>By NEF:</u>

Ronda J. Winnecour, Esq.                 cmecf@chpater13trusteewdpa.com
Chapter 13 Trustee

Office of the United States Trustee      Ustpregion03.pi.ecf@usdoj.gov


EXECUTED ON: 06/26/19

                Respectfully Submitted,

                <u>/s/ Jeffrey J. Sikirica</u>
                Jeffrey J. Sikirica, Esquire
                PA I.D. # 36745
                121 Northbrook Drive
                Gibsonia, PA 15044
                (724) 625-2566
                (724) 625-4611, fax
                TrusteeSikirica@consolidated.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF,<br><br>Debtor<br><br>LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF,<br><br>Movant<br><br>v.<br><br>GREAT AMERICAN INSURANCE GROUP, LLYOD'S OF LONDON, TRAVELERS, COMPLETE ESCOW SERVICES, LLC, WILLIAM YARUSI, and L. CHARLES FEDEL | Bankruptcy No.  18-20860-CMB<br><br>Chapter 13<br><br>Related to Document No. |

## NOTICE OF AMENDMENT OF SCHEDULE F ADDING CLAIMS

| | | |
|---|---|---|
| 06/26/2019 | 63 | It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. 58, any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 6/26/2019. (RE: related document(s): 58 Amended Schedules A B C G H I J). (dsaw) (Entered: 06/26/2019) |