IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF, | : <br> : <br> : <br> : <br> : <br> : <br> : | Bankruptcy No.  18-20860-CMB <br><br> Chapter 13 |
| Debtor | | |
| LEEANN BENNINGHOFF<br>a/k/a LEE A. BENNINGHOFF<br>a/k/a LEE ANN BENNINGHOFF, | : <br> : <br> : <br> : | Related to Document No. 68 |
| Movant | : <br> : | |
| v. | : <br> : | |
| GREAT AMERICAN INSURANCE<br>GROUP, LLYOD'S OF LONDON,<br>TRAVELERS, COMPLETE ESCOW<br>SERVICES, LLC, WILLIAM YARUSI,<br>and L. CHARLES FEDEL | : <br> : <br> : <br> : <br> : | |

## **CERTIFICATE OF SERVICE OF ORDER OF COURT RESCHEDULING CONCILIATION HEARING**

I certify under penalty of perjury that I served the above cited document on the parties at the addresses specified below on **July 1, 2019**.

The type(s) of service made on the party was first-class mail or NEF as indicated on the attached list.

EXECUTED ON: 07/01/19

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
PA I.D. # 36745
121 Northbrook Drive
Gibsonia, PA 15044
(724) 625-2566
(724) 625-4611, fax
SikiricaLaw@zoominternet.net

```
Label Matrix for local noticing          American Express                         American Express National Bank
0315-2                                   PO Box 981537                            c/o Becket and Lee LLP
Case 18-20860-CMB                        El Paso, TX 79998-1537                   PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                                  Malvern  PA 19355-0701
Pittsburgh
Mon Jul  1 17:40:50 EDT 2019

Amex Department Stores                   Aaron S. Applebaum                       Emmanuel J. Argentieri
PO Box 8218                              Saul Ewing Arnstein & Lehr LLP           Romano Garubo & Argentieri
Mason, OH 45040-8218                     1500 Market Street                       52 Newton Avenue
                                         Philadelphia, PA 19102-2100              PO Box 456
                                          By NEF                                  Woodbury, NJ 08096-7456
                                                                                   By NEF

Atlas Acquisitions LLC                   LeeAnn Benninghoff                       Best Buy/CBNA
294 Union St.                            6123 Chatam Drive                        PO Box 6497
Hackensack, NJ 07601-4303                Aliquippa, PA 15001-4801                 Sioux Falls, SD 57117-6497


Borough of Brentwood                     Matthew James Burne                      Caitlin P. Strauss, Esq.
3624 Brownsville Road                    Tucker Arensberg, P.C.                   Saul Ewing LLP - Centre Square West
Pittsburgh, PA 15227-3153                1500 One PPG Place                       1500 Market Street, 38th Floor
                                         Pittsburgh, PA 15222-5413                Philadelphia, PA 19102-2100
                                          By NEF

California Limited Liability Company     Capital One Bank USA, NA                 Central Credit Services, LLC
8900 Freeport Parkway                    PO Box 30281                             9550 Regency Square Blvd.
Suite 150                                Salt Lake City, UT 84130-0281            Suite 500A
Irving, TX 75063-2415                                                             Jacksonville, FL 32225-8169


Chase                                    Chase Card                               Citicards CBNA
P.O. Box 469030                          PO Box 15298                             PO Box 6241
Glendale, CO 80246-9030                  Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6241


Citizens Bank                            Comcast                                  Commonwealth Land Title Insurance Company
DDA Recovery RJW245                      676 Island Pond Road                     601 Riverside Avenue
P.O. Box 42023                           Manchester, NH 03109-4840                Jacksonville, FL 32204-2901
Providence, RI 02940-2023


Commonwealth of Pennsylvania             Commonweath Land Title Insurance Company Complete Escrow Services, LLC
Pittsburgh Inheritance  Div              601 Riverside Avenue                     246 Moon Clinton Road
414 Grant St. - Suite 216                Jacksonville, FL 32204-2901              Coraopolis, PA 15108-2490
Pittsburgh, PA 15219-2419


Department Store National Bank           Department Stores National Bank          Department Stores National Bank
PO Box 657                               Citibank, N.A.                           c/o ARS Narional Services
Kirkland, WA 98083-0657                  701 East 60th Street North               PO Box 469100
                                         Sioux Falls, SD 57104-0493               Escondido, CA 92046-9100


Department Stores National Bank          Duquesne Light Company                   EBF Partners, LLC
c/o Quantum3 Group LLC                   c/o Bernstein-Burkley, P.C.              5 West 37th Street 2nd Floor
PO Box 657                               707 Grant Street, Suite 2200, Gulf Tower New York, NY 10018-5385
Kirkland, WA  98083-0657                 Pittsburgh, PA 15219-1945
                                          By NEF
```

| | | |
|---|---|---|
| Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945<br>By NEF | Everest Business Funding<br>Pryor & Mandelup, LLP<br>Attn:  Anthony F. Giuliano, Esq.<br>675 Old Country Road<br>Westbury, NY 11590-4513 | Everest Business Funding<br>Pryor & Mandelup, LLP<br>c/o Anthony Giuliano<br>675 Old Country Road<br>Westbury, NY 11590-4513 |
| (p)GATEWAY ONE LENDING & FINANCE  LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 | Great American Insurance Group<br>Attn:. B. Carlos<br>301 East Fourth St. - 24th Flr.<br>Cincinnati, OH 45202-4278 | KeyBank<br>Commercial Loan Department<br>P.O. Box 94525<br>Cleveland, OH 44101-4525 |
| L. Charles Fedel<br>429 Forbes Avenue<br>1400<br>Pittsburgh, PA 15219-1612 | Lloyd's of London<br>c/o Lancer Claims Services<br>681 South Parker, Suite 300<br>Orange, CA 92868-4738 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Marlin Leasing<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Michael J. Joyce, Esq.<br>SAUL EWING LLP<br>One PPG Place, 30th Floor<br>Pittsburgh, PA 15222-5419 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721<br>By NEF | OneMain<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828<br>By NEF |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>JHPDE Finance 1 LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Ray P. Wendolowski, Esq - Bernstein Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1908<br>By NEF | Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Shawn Benninghoff<br>1064 Sweet Brier Drive<br>Aliquippa, PA 15001-6502 | ~~Jeffrey J. Sikirica~~<br>~~121 Northbrook Drive~~<br>~~Pine Township~~<br>~~Gibsonia, PA 15044-8983~~ | ~~Sree Sai Propeerties, Inc.~~<br>~~1651 Royal Oak Drive~~<br>~~Sewickley, PA 15143-8656~~ |

```
Sree Sai Properties, Inc.           Syncb/Lowes                          TD Bank USA, N.A.
Nagarjuna Velaga                    PO Box 956005                        C O WEINSTEIN & RILEY, PS
1651 Royal Oak Drive                Orlando, FL 32896-0001               2001 WESTERN AVENUE, STE 400
Sewickley, PA 15143-8656                                                 SEATTLE, WA 98121-3132


TD Bank USA/Target Credit           Thomas R. Dominczyk, Esq.            (p)TOYOTA MOTOR CREDIT CORPORATION
PO Box 673                          Maurice Wutscher LLP                 PO BOX 8026
Minneapolis, MN 55440-0673          5 Walter Foran Blvd., Suite 2007     CEDAR RAPIDS IA 52408-8026
                                    Flemington, NJ 08822-4674


Toyota Motor Credit Corporation     Toyota Motor Credit Corporation      Travelers Insurance
PO Box 9013                         c/o Becket and Lee LLP               Attn:  A. Gennetti
Addison, Texas 75001-9013           PO Box 3001                          385 Washington Street
                                    Malvern  PA 19355-0701               Saint Paul, MN 55102-1309


U.S. Bank Trust National Association, owner   U.S. Bank, N.A., successor trustee   S. James Wallace
c/o Rushmore Loan Management Services         c/o Select Portfolio Servicing, Inc. 845 N. Lincoln Avenue
PO Box 52708                                  P.O. Box 65250                       Pittsburgh, PA 15233-1828
Irvine, CA 92619-2708                         Salt Lake City, UT 84165-0250        By NEF


James Warmbrodt                     William Yarussi                      Ronda J. Winnecour
KML Law Group, P.C.                 101 Lawnview Court                   Suite 3250, USX Tower
701 Market Street                   Cranberry Twp, PA 16066-3549         600 Grant Street
Suite 5000                                                               Pittsburgh, PA 15219-2702
Philadelphia, PA 19106-1541                                              By NEF
By NEF
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Gateway One Lending                 (d)Gateway One Lending & Finance, LLC   Portfolio Recovery Associates, LLC
3818 E Coronado                     160 N Riverview Drive, Ste 100          P.O. Box 12914
Anaheim, CA 92807                   Anaheim, CA 92808                       Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC   Toyota Motor Credit Corp.
PO Box 41067                            POB 12914                               P.O. Box 5855
Norfolk, VA 23541                       Norfolk VA 23541                        Carol Stream, IL 60197-5855
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Atlas Acquisitions LLC           (u)Borough of Brentwood              (u)Commonwealth Land Title Insurance Company
294 Union St.
Hackensack, NJ 07601-4303
```

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Toyota Motor Credit Corporation |
| (u)U.S. Bank Trust National Association, not | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     7<br>Total                  81 | |