IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| LEEANN BENNINGHOFF | ) | Case No.   18-20860-CMB |
| aka LEE A BENNINGHOFF | ) | |
| aka LEE ANN BENNINGHOFF | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| LEEANN BENNINGHOFF | ) | Document No.  67 |
| aka LEE A BENNINGHOFF | ) | |
| aka LEE ANN BENNINGHOFF | ) | |
| | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| RONDA J. WINNECOUR, | ) | |
| CHAPTER 13 TRUSTEE | ) | |

## ORDER OF COURT

AND NOW, this ___1st___ day of July 2019, upon consideration of the Debtors' Motion to Continue Conciliation Conference,

it is hereby ORDERED and DECREED that the Motion is Granted, the Conciliation Conference originally scheduled for July 25, 2019 at 2:30 p.m. is continued until August 29, 2019 at 2:00 p.m. and the Debtors shall immediately serve a copy of this order on all parties listed on the case mailing matrix and file a certificate of service.

BY THE COURT:

FILED
7/1/19 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   dmk
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
LeeAnn Benninghoff  
    Debtor  

Case No. 18-20860-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jul 01, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.  
db          +LeeAnn Benninghoff,    6123 Chatam Drive,    Aliquippa, PA 15001-4801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

        Aaron S. Applebaum    on behalf of Creditor    Commonwealth Land Title Insurance Company aaron.applebaum@saul.com, Catherine.santangelo@saul.com  
        Aaron S. Applebaum    on behalf of Plaintiff    Commonwealth Land Title Insurance Company aaron.applebaum@saul.com, Catherine.santangelo@saul.com  
        Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 bk@romanogarubo.com  
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        Jeffrey J. Sikirica    on behalf of Defendant Leeann    Benninghoff trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
        Jeffrey J. Sikirica    on behalf of Debtor LeeAnn    Benninghoff trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Matthew James Burne    on behalf of Creditor    Borough of Brentwood mburne@tuckerlaw.com, agilbert@tuckerlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                       TOTAL: 11