# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | LEEANN BENNINGHOFF |
| **Case Number:** | 18-20860-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 02:00 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/3/19 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#22 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #: 22 / 0

### *Appearances:*

Sikirka

Debtor:
Trustee: Winnecour / (Pai) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 9/27/19.
   Objections are due on or before 10/18/19.
   A hearing on the Amended Plan is set for 11/7/19 at 1:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2019  11:47:23AM