Form 005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**LeeAnn Benninghoff**
**aka Lee A Benninghoff, aka Lee Ann Benninghoff**
 Debtor(s)

Bankruptcy Case No.: 18–20860–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: November 7, 2019 at 01:30 PM

## ORDER

On August 29, 2019, a Conciliation Conference was conducted on the April 13, 2018 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 3rd of September, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before September 27, 2019,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) **On or before October 24, 2019,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On November 7, 2019 at 01:30 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: September 3, 2019

cm: Debtor
    Counsel for Debtor

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 18-20860-CMB
LeeAnn Benninghoff                                              Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: jhel              Page 1 of 1             Date Rcvd: Sep 03, 2019
                             Form ID: 005            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db              +LeeAnn Benninghoff,    6123 Chatam Drive,    Aliquippa, PA 15001-4801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              Aaron S. Applebaum    on behalf of Creditor    Commonwealth Land Title Insurance Company
               aaron.applebaum@saul.com, Catherine.santangelo@saul.com
              Aaron S. Applebaum    on behalf of Plaintiff    Commonwealth Land Title Insurance Company
               aaron.applebaum@saul.com, Catherine.santangelo@saul.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1
               bk@romanogarubo.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Defendant Leeann    Benninghoff trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Debtor LeeAnn    Benninghoff trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew James Burne    on behalf of Creditor    Borough of Brentwood mburne@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11