UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  LEEANN BENNINGHOFF<br>aka LEE A. BENNINGHOFF aka LEE ANN BENNINGHOFF | CASE NO: 18-20860-CMB<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 72 |

On 9/27/2019, I did cause a copy of the following documents, described below,

ORDER (setting objection deadline and conciliation hearing date) ECF Docket Reference No. 72

Amended Chapter 13 Plan Dated 9/27/2019 75

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/27/2019

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745
Jeffrey J. Sikirica, Trustee
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  LEEANN BENNINGHOFF<br>        aka LEE A. BENNINGHOFF aka LEE ANN BENNINGHOFF | CASE NO: 18-20860-CMB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 72 |

On 9/27/2019, a copy of the following documents, described below,

ORDER (setting objection deadline and conciliation hearing date) ECF Docket Reference No. 72

Amended Chapter 13 Plan Dated 9/27/2019 75

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/27/2019

*/s/ Jay S. Jump*
_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Trustee
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
AMERICAN EXPRESS                     AMERICAN EXPRESS NATIONAL BANK       AMEX DEPARTMENT STORES
PO BOX 981537                        CO BECKET AND LEE LLP                PO BOX 8218
EL PASO TX 79998-1537                PO BOX 3001                          MASON OH 45040-8218
                                     MALVERN PA 19355-0701


AARON S APPLEBAUM                    EMMANUEL J ARGENTIERI                ATLAS ACQUISITIONS LLC
SAUL EWING ARNSTEIN  LEHR LLP        ROMANO GARUBO  ARGENTIERI            294 UNION ST
1500 MARKET STREET                   52 NEWTON AVENUE                     HACKENSACK NJ 07601-4303
PHILADELPHIA PA 19102-2100           PO BOX 456
                                     WOODBURY NJ 08096-7456


LEEANN BENNINGHOFF                   BEST BUYCBNA                         BOROUGH OF BRENTWOOD
6123 CHATAM DRIVE                    PO BOX 6497                          3624 BROWNSVILLE ROAD
ALIQUIPPA PA 15001-4801              SIOUX FALLS SD 57117-6497            PITTSBURGH PA 15227-3153


BOROUGH OF BRENTWOOD PENNSYLVANIA    CAITLIN P STRAUSS ESQ                CALIFORNIA LIMITED LIABILITY COMPANY
MATTHEW J BURNE ESQUIRE              SAUL EWING LLP  CENTRE SQUARE WEST   8900 FREEPORT PARKWAY
TUCKER ARENSBERG PC                  1500 MARKET STREET 38TH FLOOR        SUITE 150
1500 ONE PPG PLACE                   PHILADELPHIA PA 19102-2100           IRVING TX 75063-2415
PITTSBURGH PA 15222-5413


CAPITAL ONE BANK USA NA              CENTRAL CREDIT SERVICES LLC          CHASE
PO BOX 30281                         9550 REGENCY SQUARE BLVD             PO BOX 469030
SALT LAKE CITY UT 84130-0281         SUITE 500A                           GLENDALE CO 80246-9030
                                     JACKSONVILLE FL 32225-8169


CHASE CARD                           CITICARDS CBNA                       CITIZENS BANK
PO BOX 15298                         PO BOX 6241                          DDA RECOVERY RJW245
WILMINGTON DE 19850-5298             SIOUX FALLS SD 57117-6241            PO BOX 42023
                                                                          PROVIDENCE RI 02940-2023


COMCAST                              COMMONWEALTH LAND TITLE INSURANCE    COMMONWEALTH OF PENNSYLVANIA
676 ISLAND POND ROAD                 COMPANY                              PITTSBURGH INHERITANCE DIV
MANCHESTER NH 03109-4840             601 RIVERSIDE AVENUE                 414 GRANT ST - SUITE 216
                                     JACKSONVILLE FL 32204-2901           PITTSBURGH PA 15219-2419


COMPLETE ESCROW SERVICES LLC         DEPARTMENT STORE NATIONAL BANK       DEPARTMENT STORES NATIONAL BANK
246 MOON CLINTON ROAD                PO BOX 657                           CITIBANK NA
CORAOPOLIS PA 15108-2490             KIRKLAND WA 98083-0657               701 EAST 60TH STREET NORTH
                                                                          SIOUX FALLS SD 57104-0493


DEPARTMENT STORES NATIONAL BANK      DEPARTMENT STORES NATIONAL BANK      DUQUESNE LIGHT COMPANY
CO ARS NARIONAL SERVICES             CO QUANTUM3 GROUP LLC                CO BERNSTEINBURKLEY PC
PO BOX 469100                        PO BOX 657                           707 GRANT STREET SUITE 2200 GULF TOWER
ESCONDIDO CA 92046-9100              KIRKLAND WA 98083-0657               PITTSBURGH PA 15219-1945
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EBF PARTNERS LLC<br>5 WEST 37TH STREET 2ND FLOOR<br>NEW YORK NY 10018-5385 | KERI P EBECK<br>BERNSTEINBURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | EVEREST BUSINESS FUNDING<br>PRYOR  MANDELUP LLP<br>ATTN- ANTHONY F GIULIANO ESQ<br>675 OLD COUNTRY ROAD<br>WESTBURY NY 11590-4513 |
| GATEWAY ONE LENDING  FINANCE LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 | GREAT AMERICAN INSURANCE GROUP<br>ATTN B CARLOS<br>301 EAST FOURTH ST - 24TH FLR<br>CINCINNATI OH 45202-4278 | KEYBANK<br>COMMERCIAL LOAN DEPARTMENT<br>PO BOX 94525<br>CLEVELAND OH 44101-4525 |
| L CHARLES FEDEL<br>429 FORBES AVENUE<br>1400<br>PITTSBURGH PA 15219-1612 | LLOYDS OF LONDON<br>CO LANCER CLAIMS SERVICES<br>681 SOUTH PARKER SUITE 300<br>ORANGE CA 92868-4738 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MARLIN LEASING<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MICHAEL J JOYCE ESQ<br>SAUL EWING LLP<br>ONE PPG PLACE 30TH FLOOR<br>PITTSBURGH PA 15222-5419 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 |
| ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC I LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JHPDE FINANCE 1 LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RAY P WENDOLOWSKI ESQ   BERNSTEIN BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1908 | SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SHAWN BENNINGHOFF<br>1064 SWEET BRIER DRIVE<br>ALIQUIPPA PA 15001-6502 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SREE SAI PROPERTIES INC<br>NAGARJUNA VELAGA<br>1651 ROYAL OAK DRIVE<br>SEWICKLEY PA 15143-8656 | SYNCBLOWES<br>PO BOX 956005<br>ORLANDO FL 32896-0001 | TD BANK USA NA<br>C O WEINSTEIN  RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 |
| TD BANK USATARGET CREDIT<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | THOMAS R DOMINCZYK ESQ<br>MAURICE WUTSCHER LLP<br>5 WALTER FORAN BLVD SUITE 2007<br>FLEMINGTON NJ 08822-4674 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | TOYOTA MOTOR CREDIT CORPORATION<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | TRAVELERS INSURANCE<br>ATTN A GENNETTI<br>385 WASHINGTON STREET<br>SAINT PAUL MN 55102-1309 |
| US BANK TRUST NATIONAL ASSOCIATION<br>OWNER<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708 | US BANK NA SUCCESSOR TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | WILLIAM YARUSSI<br>101 LAWNVIEW COURT<br>CRANBERRY TWP PA 16066-3549 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 |