Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**LeeAnn Benninghoff**
**aka Lee A Benninghoff, aka Lee Ann Benninghoff**
   Debtor(s)

Bankruptcy Case No.: 18−20860−CMB
Issued Per Nov. 7, 2019 Proceeding
Chapter: 13
Docket No.: 77 − 72, 75
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 27, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Gateway One Lending and Finance, LLC at Claim No. 13 .

- ☑ H. Additional Terms: The claim of Borough of Brentwood (Claim No. 25) governs as to trash portion with sewage portion paid per stipulated Order entered June 6, 2019 [Dkt. No. 56].
The Trustee shall not pay the secured claims of Keybank (Claim No. 11−2) and U.S. Bank National Association (Claim No. 17), as the creditor's collateral is deemed surrendered in Part 3.5 of the Plan.
Part 5.4 of the Plan is stricken. Treatment of creditor is governed by Order [Dkt. No. 21] in Adversary Proceeding 18−2118.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 15, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 18-20860-CMB
LeeAnn Benninghoff                                                  Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 3                  Date Rcvd: Nov 15, 2019
                              Form ID: 149                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +LeeAnn Benninghoff,    6123 Chatam Drive,    Aliquippa, PA 15001-4801
cr             +Everest Business Funding,    Pryor & Mandelup, LLP,    Attn: Anthony F. Giuliano, Esq.,
                 675 Old Country Road,    Westbury, NY 11590-4513
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14787344       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14814596        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14787345       +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
14787346       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14787347       +Borough of Brentwood,    3624 Brownsville Road,    Pittsburgh, PA 15227-3153
15097332       +Borough of Brentwood, Pennsylvania,    Matthew J. Burne, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14787348       +Caitlin P. Strauss, Esq.,    Saul Ewing LLP - Centre Square West,
                 1500 Market Street, 38th Floor,    Philadelphia, PA 19102-2100
14810927       +California Limited Liability Company,    8900 Freeport Parkway,    Suite 150,
                 Irving, TX 75063-2415
14787350       +Central Credit Services, LLC,    9550 Regency Square Blvd.,    Suite 500A,
                 Jacksonville, FL 32225-8169
14787351        Chase,    P.O. Box 469030,    Glendale, CO 80246-9030
14787352       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14787353       +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
14787354       +Citizens Bank,    DDA Recovery RJW245,    P.O. Box 42023,    Providence, RI 02940-2023
14787356       +Commonwealth Land Title Insurance Company,    601 Riverside Avenue,
                 Jacksonville, FL 32204-2901
14787357       +Commonwealth of Pennsylvania,    Pittsburgh Inheritance Div,    414 Grant St. - Suite 216,
                 Pittsburgh, PA 15219-2419
14787358       +Commonweath Land Title Insurance Company,    601 Riverside Avenue,    Jacksonville, FL 32204-2901
14806874       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14787359        Department Stores National Bank,    c/o ARS Narional Services,    PO Box 469100,
                 Escondido, CA 92046-9100
14787360       +EBF Partners, LLC,    5 West 37th Street 2nd Floor,    New York, NY 10018-5385
14823308       +Everest Business Funding,    Pryor & Mandelup, LLP,    c/o Anthony Giuliano,
                 675 Old Country Road,    Westbury, NY 11590-4513
15075953       +Great American Insurance Group,    Attn:. B. Carlos,    301 East Fourth St. - 24th Flr.,
                 Cincinnati, OH 45202-4278
15075954       +L. Charles Fedel,    429 Forbes Avenue,    1400,    Pittsburgh, PA 15219-1612
15075955       +Lloyd's of London,    c/o Lancer Claims Services,    681 South Parker, Suite 300,
                 Orange, CA 92868-4738
14787363       +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
14787365       +Michael J. Joyce, Esq.,    SAUL EWING LLP,    One PPG Place, 30th Floor,
                 Pittsburgh, PA 15222-5419
14787368       +Ray P. Wendolowski, Esq - Bernstein Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14810928       +Shawn Benninghoff,    1064 Sweet Brier Drive,    Aliquippa, PA 15001-6502
14787370       +Sree Sai Propeerties, Inc.,    1651 Royal Oak Drive,    Sewickley, PA 15143-8656
14814191       +Sree Sai Properties, Inc.,    Nagarjuna Velaga,    1651 Royal Oak Drive,
                 Sewickley, PA 15143-8656
14787372       +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
14787374      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,    P.O. Box 5855,
                 Carol Stream, IL 60197-5855)
14787373       +Thomas R. Dominczyk, Esq.,    Maurice Wutscher LLP,    5 Walter Foran Blvd., Suite 2007,
                 Flemington, NJ 08822-4674
14814595        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14804129       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
15075956       +Travelers Insurance,    Attn: A. Gennetti,    385 Washington Street,    Saint Paul, MN 55102-1309
14830251       +U.S. Bank Trust National Association, owner truste,    c/o Rushmore Loan Management Services,
                 PO Box 52708,    Irvine, CA 92619-2708
15075957       +William Yarussi,    101 Lawnview Court,    Cranberry Twp, PA 16066-3549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:22
                 Department Store National Bank,    PO Box 657,    Kirkland, WA 98083-0657
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:31:45
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14954322       +E-mail/Text: bnc@atlasacq.com Nov 16 2019 03:25:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14787349       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 03:31:43
                 Capital One Bank USA, NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14787355       +E-mail/Text: documentfiling@lciinc.com Nov 16 2019 03:24:55     Comcast,    676 Island Pond Road,
                 Manchester, NH 03109-4840
```

```
District/off: 0315-2               User: jhel               Page 2 of 3               Date Rcvd: Nov 15, 2019
                                   Form ID: 149             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14983457         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:22
                  Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
14830354        +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2019 03:26:22      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14787361         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 16 2019 03:24:56
                  Gateway One Lending,    3818 E Coronado,    Anaheim, CA 92807
14825002         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 16 2019 03:24:56
                  Gateway One Lending & Finance, LLC,    160 N Riverview Drive, Ste 100,    Anaheim, CA 92808
14787362        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 16 2019 03:25:54      KeyBank,
                  Commercial Loan Department,    P.O. Box 94525,    Cleveland, OH 44101-4525
14830495         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 03:34:07     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14787364        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 03:34:07     Merrick Bank,
                  PO Box 9201,    Old Bethpage, NY 11804-9001
14828219        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 03:25:38      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14787366        +E-mail/PDF: cbp@onemainfinancial.com Nov 16 2019 03:33:56      OneMain,    PO Box 1010,
                  Evansville, IN 47706-1010
14800748         E-mail/PDF: cbp@onemainfinancial.com Nov 16 2019 03:33:55      OneMain Financial,    PO BOX 3251,
                  EVANSVILLE, IN 47731-3251
14787367         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:21
                  Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14830803         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:45
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14787543        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:32:57
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14791152         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
14825254        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 03:25:57      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14832983         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:22
                  Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14818908         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:22
                  Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
14787369        +E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37
                  Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14787371        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:33:56      Syncb/Lowes,    PO Box 956005,
                  Orlando, FL 32896-0001
14832964        +E-mail/Text: bncmail@w-legal.com Nov 16 2019 03:25:52      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14833119         E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37
                  U.S. Bank, N.A., successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              Commonwealth Land Title Insurance Company
cr              Toyota Motor Credit Corporation
cr              U.S. Bank Trust National Association, not in its i
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14816659*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541)
15075952      ##+Complete Escrow Services, LLC,    246 Moon Clinton Road,   Coraopolis, PA 15108-2490
                                                                                              TOTALS: 4, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jhel                 Page 3 of 3           Date Rcvd: Nov 15, 2019
                              Form ID: 149               Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          Aaron S. Applebaum    on behalf of Creditor    Commonwealth Land Title Insurance Company
           aaron.applebaum@saul.com, Catherine.santangelo@saul.com
          Aaron S. Applebaum    on behalf of Plaintiff   Commonwealth Land Title Insurance Company
           aaron.applebaum@saul.com, Catherine.santangelo@saul.com
          Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank Trust National Association, not in its
           individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1
           bk@romanogarubo.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    on behalf of Debtor LeeAnn  Benninghoff trusteesikirica@zoominternet.net,
           PA59@ecfcbis.com
          Jeffrey J. Sikirica    on behalf of Defendant Leeann  Benninghoff trusteesikirica@zoominternet.net,
           PA59@ecfcbis.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Matthew James Burne    on behalf of Creditor    Borough of Brentwood mburne@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```