## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE  
LEEANN BENNINGHOFF  
aka  LEE A BENNINGHOFF  
aka  LEE ANN BENNINGHOFF  

  Debtor(s)  
_____

Case No. 18-20860-CMB  
Chapter 13

LEEANN BENNINGHOFF  
  Movant(s),

- vs. -

Midland Funding, LC, Commonwealth
Land Title Insurance Co., Department Store
National Bank, Marlin Business Bank,
Merrick Bank, PRA Receivables Management,
Portfolio Recovery Associates, TD Bank USA, NA,
American Express National Bank, Quantum 3
Group, LLC, Premier Bankcard, LLC – Jefferson
Capital Systems, LLC assignee, Duquesne Light Co.,
Brentwood Boro Sewage, and Ronda J.
Winnecour, Trustee,

  Respondents.  
_____

Related Trustee Certificate of Default at
 at Doc No. 84, and Order
 requiring response at Doc No. 85

### NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

  1. Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

-1-

2. The cure shall be effected as follows: ***Debtor will cure the Plan delinquency on or before March 31, 2023***.

3. All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4. A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on March 16 , 2023, at 9:00 a..m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 23th day of January, 2023.

*/s/ Jeffrey J. Sikirica*
Name: Jeffrey J. Sikirica
Attorney I.D.: 36745
Address: P.O. Box 13426, Pittsburgh, PA 15243
Phone #: (724) 625-2566
Facsimile #: (866) 309-5677
E-Mail: JJSPAESQ@gmail.com

Attorney for the Debtor