**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **LEEANN BENNINGHOFF** ) | Case No.   18-20860-CMB |
| aka LEE A BENNINGHOFF ) | |
| aka LEE ANN BENNINGHOFF ) | Chapter 13 |
| ) | |
| Debtor(s). ) | |
| ) | |
| ) | Document No. _____ |
| **LEEANN BENNINGHOFF** ) | |
| aka LEE A BENNINGHOFF ) | |
| aka LEE ANN BENNINGHOFF ) | |
| ) | |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | |
| **No Respondents.** ) | |

**<u>DOCUMENTARY PROOF OF PAYMENT SINCE THE CHAPTER 13 TRUSTEE
FILED AND SERVED A CERTIFICATE OF DEFAULT</u>**

**PRINT INQUIRY**     Close Window     Click Here to Print this Page

| 18-20860CMB | LEEANN BENNINGHOFF (xxx-xx-0503) | 6123 CHATAM DRIVE • • ALIQUIPPA • PA • 15001 | $916.50 MO | Bar Date(s): | 5/15/2018 (has passed) 9/4/2018 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 5/18/2018 |
| | Trustee: Ronda J. Winnecour | Attorney: JEFFREY J SIKIRICA ESQ | | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 4/1/2018 | end of plan | $916.50 | MONTHLY | LEEANN BENNINGHOFF | | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| 4/30/2018 | $0.00 | CONF OE 5-18-18 |
| 10/31/2019 | $916.85 | CONF OE 11-15-19 |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/1/2018 | 4/30/2018 | $916.50 | $916.50 |
| 2 | 5/1/2018 | 5/31/2018 | $916.50 | $1,833.00 |
| 3 | 6/1/2018 | 6/30/2018 | $916.50 | $2,749.50 |
| 4 | 7/1/2018 | 7/31/2018 | $916.50 | $3,666.00 |
| 5 | 8/1/2018 | 8/31/2018 | $916.50 | $4,582.50 |
| 6 | 9/1/2018 | 9/30/2018 | $916.50 | $5,499.00 |
| 7 | 10/1/2018 | 10/31/2018 | $916.50 | $6,415.50 |
| 8 | 11/1/2018 | 11/30/2018 | $916.50 | $7,332.00 |
| 9 | 12/1/2018 | 12/31/2018 | $916.50 | $8,248.50 |
| 10 | 1/1/2019 | 1/31/2019 | $916.50 | $9,165.00 |
| 11 | 2/1/2019 | 2/28/2019 | $916.50 | $10,081.50 |
| 12 | 3/1/2019 | 3/31/2019 | $916.50 | $10,998.00 |
| 13 | 4/1/2019 | 4/30/2019 | $916.50 | $11,914.50 |
| 14 | 5/1/2019 | 5/31/2019 | $916.50 | $12,831.00 |
| 15 | 6/1/2019 | 6/30/2019 | $916.50 | $13,747.50 |
| 16 | 7/1/2019 | 7/31/2019 | $916.50 | $14,664.00 |
| 17 | 8/1/2019 | 8/31/2019 | $916.50 | $15,580.50 |
| 18 | 9/1/2019 | 9/30/2019 | $916.50 | $16,497.00 |
| 19 | 10/1/2019 | 10/31/2019 | $916.50 | $17,413.50 |
| 20 | 11/1/2019 | 11/30/2019 | $916.50 | $18,330.00 |
| 21 | 12/1/2019 | 12/31/2019 | $916.50 | $19,246.50 |
| 22 | 1/1/2020 | 1/31/2020 | $916.50 | $20,163.00 |
| 23 | 2/1/2020 | 2/29/2020 | $916.50 | $21,079.50 |
| 24 | 3/1/2020 | 3/31/2020 | $916.50 | $21,996.00 |
| 25 | 4/1/2020 | 4/30/2020 | $916.50 | $22,912.50 |
| 26 | 5/1/2020 | 5/31/2020 | $916.50 | $23,829.00 |
| 27 | 6/1/2020 | 6/30/2020 | $916.50 | $24,745.50 |
| 28 | 7/1/2020 | 7/31/2020 | $916.50 | $25,662.00 |
| 29 | 8/1/2020 | 8/31/2020 | $916.50 | $26,578.50 |
| 30 | 9/1/2020 | 9/30/2020 | $916.50 | $27,495.00 |
| 31 | 10/1/2020 | 10/31/2020 | $916.50 | $28,411.50 |
| 32 | 11/1/2020 | 11/30/2020 | $916.50 | $29,328.00 |
| 33 | 12/1/2020 | 12/31/2020 | $916.50 | $30,244.50 |
| 34 | 1/1/2021 | 1/31/2021 | $916.50 | $31,161.00 |
| 35 | 2/1/2021 | 2/28/2021 | $916.50 | $32,077.50 |
| 36 | 3/1/2021 | 3/31/2021 | $916.50 | $32,994.00 |
| 37 | 4/1/2021 | 4/30/2021 | $916.50 | $33,910.50 |

| # | From | To | | | Payment | Balance |
|---|---|---|---|---|---|---|
| 38 | 5/1/2021 | 5/31/2021 | | | $916.50 | $34,827.00 |
| 39 | 6/1/2021 | 6/30/2021 | | | $916.50 | $35,743.50 |
| 40 | 7/1/2021 | 7/31/2021 | | | $916.50 | $36,660.00 |
| 41 | 8/1/2021 | 8/31/2021 | | | $916.50 | $37,576.50 |
| 42 | 9/1/2021 | 9/30/2021 | | | $916.50 | $38,493.00 |
| 43 | 10/1/2021 | 10/31/2021 | | | $916.50 | $39,409.50 |
| 44 | 11/1/2021 | 11/30/2021 | | | $916.50 | $40,326.00 |
| 45 | 12/1/2021 | 12/31/2021 | | | $916.50 | $41,242.50 |
| 46 | 1/1/2022 | 1/31/2022 | | | $916.50 | $42,159.00 |
| 47 | 2/1/2022 | 2/28/2022 | | | $916.50 | $43,075.50 |
| 48 | 3/1/2022 | 3/31/2022 | | | $916.50 | $43,992.00 |
| 49 | 4/1/2022 | 4/30/2022 | | | $916.50 | $44,908.50 |
| 50 | 5/1/2022 | 5/31/2022 | | | $916.50 | $45,825.00 |
| 51 | 6/1/2022 | 6/30/2022 | | | $916.50 | $46,741.50 |
| 52 | 7/1/2022 | 7/31/2022 | | | $916.50 | $47,658.00 |
| 53 | 8/1/2022 | 8/31/2022 | | | $916.50 | $48,574.50 |
| 54 | 9/1/2022 | 9/30/2022 | | | $916.50 | $49,491.00 |
| 55 | 10/1/2022 | 10/31/2022 | | | $916.50 | $50,407.50 |
| 56 | 11/1/2022 | 11/30/2022 | | | $916.50 | $51,324.00 |
| 57 | 12/1/2022 | 12/31/2022 | | | $916.50 | $52,240.50 |
| 58 | 1/1/2023 | 1/31/2023 | | | $916.50 | $53,157.00 |
| 59 | 2/1/2023 | 2/28/2023 | | | $916.50 | $54,073.50 |
| 60 | 3/1/2023 | 3/31/2023 | | | $916.50 | $54,990.00 |
| 61 | 4/1/2023 | 4/30/2023 | | | $916.50 | $55,906.50 |
| 62 | 5/1/2023 | 5/31/2023 | | | $916.50 | $56,823.00 |
| 63 | 6/1/2023 | 6/30/2023 | | | $916.50 | $57,739.50 |
| 64 | 7/1/2023 | 7/31/2023 | | | $916.50 | $58,656.00 |
| 65 | 8/1/2023 | 8/31/2023 | | | $916.50 | $59,572.50 |
| 66 | 9/1/2023 | 9/30/2023 | | | $916.50 | $60,489.00 |
| 67 | 10/1/2023 | 10/31/2023 | | | $916.50 | $61,405.50 |
| 68 | 11/1/2023 | 11/30/2023 | | | $916.50 | $62,322.00 |
| 69 | 12/1/2023 | 12/31/2023 | | | $916.50 | $63,238.50 |
| 70 | 1/1/2024 | 1/31/2024 | | | $916.50 | $64,155.00 |
| 71 | 2/1/2024 | 2/29/2024 | | | $916.50 | $65,071.50 |
| 72 | 3/1/2024 | 3/31/2024 | | | $916.50 | $65,988.00 |
| 73 | 4/1/2024 | 4/30/2024 | | | $916.50 | $66,904.50 |
| 74 | 5/1/2024 | 5/31/2024 | | | $916.50 | $67,821.00 |
| 75 | 6/1/2024 | 6/30/2024 | | | $916.50 | $68,737.50 |
| 76 | 7/1/2024 | 7/31/2024 | | | $916.50 | $69,654.00 |
| 77 | 8/1/2024 | 8/31/2024 | | | $916.50 | $70,570.50 |
| 78 | 9/1/2024 | 9/30/2024 | | | $916.50 | $71,487.00 |
| 79 | 10/1/2024 | 10/31/2024 | | | $916.50 | $72,403.50 |
| 80 | 11/1/2024 | 11/30/2024 | | | $916.50 | $73,320.00 |
| 81 | 12/1/2024 | 12/31/2024 | | | $916.50 | $74,236.50 |
| Total | | | | | | **$74,236.50** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 4/2018 | $916.50 | $916.50 | $0.00 (CONF OE 5-18-18) | $0.00 |
| 2 | 5/2018 | $916.50 | $916.50 | | $0.00 |
| 3 | 6/2018 | $916.50 | $916.50 | | $0.00 |
| 4 | 7/2018 | $916.50 | $916.50 | | $0.00 |
| 5 | 8/2018 | $916.50 | $916.50 | | $0.00 |
| 6 | 9/2018 | $916.50 | $916.50 | | $0.00 |
| 7 | 10/2018 | $916.50 | $916.50 | | $0.00 |
| 8 | 11/2018 | $916.50 | $916.50 | | $0.00 |
| 9 | 12/2018 | $916.50 | $916.50 | | $0.00 |
| 10 | 1/2019 | $916.50 | $916.15 | | $0.35 |
| 11 | 2/2019 | $916.50 | | | $916.85 |

| # | Date | Amount | Payment | Note | Balance |
|---|---|---|---|---|---|
| 12 | 3/2019 | $916.50 | $916.50 | | $916.85 |
| 13 | 4/2019 | $916.50 | $916.50 | | $916.85 |
| 14 | 5/2019 | $916.50 | $916.50 | | $916.85 |
| 15 | 6/2019 | $916.50 | $1,833.00 | | $0.35 |
| 16 | 7/2019 | $916.50 | $916.50 | | $0.35 |
| 17 | 8/2019 | $916.50 | $916.50 | | $0.35 |
| 18 | 9/2019 | $916.50 | | | $916.85 |
| 19 | 10/2019 | $916.50 | $916.50 | $916.85 (CONF OE 11-15-19) | $0.00 |
| 20 | 11/2019 | $916.50 | $916.50 | | $0.00 |
| 21 | 12/2019 | $916.50 | $1,833.00 | | ($916.50) |
| 22 | 1/2020 | $916.50 | $916.50 | | ($916.50) |
| 23 | 2/2020 | $916.50 | $916.50 | | ($916.50) |
| 24 | 3/2020 | $916.50 | $916.50 | | ($916.50) |
| 25 | 4/2020 | $916.50 | | | $0.00 |
| 26 | 5/2020 | $916.50 | $1,833.00 | | ($916.50) |
| 27 | 6/2020 | $916.50 | | | $0.00 |
| 28 | 7/2020 | $916.50 | $916.50 | | $0.00 |
| 29 | 8/2020 | $916.50 | $916.50 | | $0.00 |
| 30 | 9/2020 | $916.50 | $1,833.00 | | ($916.50) |
| 31 | 10/2020 | $916.50 | $916.50 | | ($916.50) |
| 32 | 11/2020 | $916.50 | | | $0.00 |
| 33 | 12/2020 | $916.50 | $916.50 | | $0.00 |
| 34 | 1/2021 | $916.50 | $916.50 | | $0.00 |
| 35 | 2/2021 | $916.50 | $916.50 | | $0.00 |
| 36 | 3/2021 | $916.50 | $916.50 | | $0.00 |
| 37 | 4/2021 | $916.50 | $1,833.00 | | ($916.50) |
| 38 | 5/2021 | $916.50 | | | $0.00 |
| 39 | 6/2021 | $916.50 | $916.50 | | $0.00 |
| 40 | 7/2021 | $916.50 | $1,833.00 | | ($916.50) |
| 41 | 8/2021 | $916.50 | | | $0.00 |
| 42 | 9/2021 | $916.50 | $916.50 | | $0.00 |
| 43 | 10/2021 | $916.50 | $916.50 | | $0.00 |
| 44 | 11/2021 | $916.50 | $916.50 | | $0.00 |
| 45 | 12/2021 | $916.50 | | | $916.50 |
| 46 | 1/2022 | $916.50 | $426.35 | | $1,406.65 |
| 47 | 2/2022 | $916.50 | $916.50 | | $1,406.65 |
| 48 | 3/2022 | $916.50 | $916.50 | | $1,406.65 |
| 49 | 4/2022 | $916.50 | | | $2,323.15 |
| 50 | 5/2022 | $916.50 | | | $3,239.65 |
| 51 | 6/2022 | $916.50 | $916.50 | | $3,239.65 |
| 52 | 7/2022 | $916.50 | | | $4,156.15 |
| 53 | 8/2022 | $916.50 | $1,833.00 | | $3,239.65 |
| 54 | 9/2022 | $916.50 | | | $4,156.15 |
| 55 | 10/2022 | $916.50 | $916.50 | | $4,156.15 |
| 56 | 11/2022 | $916.50 | $916.50 | | $4,156.15 |
| 57 | 12/2022 | $916.50 | | | $5,072.65 |
| 58 | 1/2023 | $916.50 | $916.50 | | $5,072.65 |

**Total Delinquent Amount: $5,072.65**





**Dashboard**   Welcome, LeeAnn Benninghoff ▼   Language ▼

## All Transactions

**Name**: LeeAnn Benninghoff
**Address**: 6123 Chatam Drive, Aliquippa, PA, 15001
**Completed Transactions**: 33
**Paid via TFS**: $28,831.50

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| January 11, 2023 | Monthly Plan Payment | 18-20860 | January 18, 2023 | January 19, 2023 | 12854025 | $916.50 | Complete |
| October 31, 2022 | Monthly Plan Payment | 18-20860 | November 04, 2022 | November 07, 2022 | 12416215 | $916.50 | Complete |
| September 28, 2022 | Monthly Plan Payment | 18-20860 | October 04, 2022 | October 05, 2022 | 12219914 | $916.50 | Complete |
| August 24, 2022 | Monthly Plan Payment | 18-20860 | August 30, 2022 | August 31, 2022 | 12015462 | $916.50 | Complete |
| July 26, 2022 | Monthly Plan Payment | 18-20860 | August 01, 2022 | August 02, 2022 | 11842856 | $916.50 | Complete |
| May 27, 2022 | Monthly Plan Payment | 18-20860 | June 03, 2022 | June 06, 2022 | 11479674 | $916.50 | Complete |
| May 02, 2022 | Automatic Payment | N/A | May 06, 2022 | | 11318197 | $0.00 | Complete |
| April 29, 2022 | Automatic Payment | 18-20860 | | | 11316629 | $6.00 | Failed |
| March 30, 2022 | Monthly Plan Payment | 18-20860 | April 05, 2022 | | 11122991 | $916.50 | Failed |
| March 29, 2022 | Monthly Plan Payment | 18-20860 | | | 11118574 | $916.50 | Failed |
| February 28, 2022 | Monthly Plan Payment | 18-20860 | March 04, 2022 | March 07, 2022 | 10929346 | $916.50 | Complete |
| January 27, 2022 | Monthly Plan Payment | 18-20860 | February 02, 2022 | February 03, 2022 | 10732325 | $916.50 | Complete |
| December 28, 2021 | Monthly Plan Payment | 18-20860 | January 03, 2022 | January 04, 2022 | 10550313 | $420.00 | Complete |
| December 22, 2021 | Monthly Plan Payment | 18-20860 | | | 10519753 | $916.50 | Failed |
| November 01, 2021 | Monthly Plan Payment | 18-20860 | November 05, 2021 | November 08, 2021 | 10208023 | $916.50 | Complete |
| September 28, 2021 | Monthly Plan Payment | 18-20860 | October 04, 2021 | October 05, 2021 | 9999379 | $916.50 | Complete |
| August 30, 2021 | Monthly Plan Payment | 18-20860 | September 03, 2021 | September 07, 2021 | 9814623 | $916.50 | Complete |
| July 22, 2021 | Monthly Plan Payment | 18-20860 | July 28, 2021 | July 29, 2021 | 9587430 | $916.50 | Complete |
| June 28, 2021 | Monthly Plan Payment | 18-20860 | July 02, 2021 | July 06, 2021 | 9434805 | $916.50 | Complete |
| May 27, 2021 | Monthly Plan Payment | 18-20860 | June 03, 2021 | June 04, 2021 | 9239295 | $916.50 | Complete |
| April 19, 2021 | Monthly Plan Payment | 18-20860 | April 23, 2021 | April 26, 2021 | 9003676 | $916.50 | Complete |
| March 25, 2021 | Monthly Plan Payment | 18-20860 | March 31, 2021 | April 01, 2021 | 8849682 | $916.50 | Complete |
| February 22, 2021 | Monthly Plan Payment | 18-20860 | February 26, 2021 | March 01, 2021 | 8641387 | $916.50 | Complete |
| January 26, 2021 | Monthly Plan Payment | 18-20860 | February 01, 2021 | February 02, 2021 | 8479204 | $916.50 | Complete |
| December 24, 2020 | Monthly Plan Payment | 18-20860 | December 31, 2020 | January 04, 2021 | 8281789 | $916.50 | Complete |
| November 24, 2020 | Monthly Plan Payment | 18-20860 | December 01, 2020 | December 02, 2020 | 8104937 | $916.50 | Complete |
| October 21, 2020 | Monthly Plan Payment | 18-20860 | October 27, 2020 | October 28, 2020 | 7904740 | $916.50 | Complete |
| September 23, 2020 | Monthly Plan Payment | 18-20860 | September 29, 2020 | September 30, 2020 | 7736760 | $916.50 | Complete |
| August 26, 2020 | Monthly Plan Payment | 18-20860 | September 01, 2020 | September 02, 2020 | 7570692 | $916.50 | Complete |
| July 27, 2020 | Monthly Plan Payment | 18-20860 | July 31, 2020 | August 03, 2020 | 7390906 | $916.50 | Complete |