## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE
LEEANN BENNINGHOFF                                    Case No. 18-20860-CMB
aka  LEE A BENNINGHOFF                                Chapter 13
aka  LEE ANN BENNINGHOFF

    Debtor(s)
_____

LEEANN BENNINGHOFF
    Movant(s),                                         Related Docs. 84, 85, 87 & 88

    - vs. -

Midland Funding, LC, Commonwealth
Land Title Insurance Co., Department Store
National Bank, Marlin Business Bank,
Merrick Bank, PRA Receivables Management,
Portfolio Recovery Associates, TD Bank USA, NA,
American Express National Bank, Quantum 3
Group, LLC, Premier Bankcard, LLC – Jefferson
Capital Systems, LLC assignee, Duquesne Light Co.,
Brentwood Boro Sewage, and Ronda J.
Winnecour, Trustee,

    Respondents.
_____

### CERTIFICATE OF SERVICE

On 1/23/2023, I did cause a copy of the following documents, described below, **NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS** to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

-1-

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).

A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.
DATED: 1/23/2023

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica 36745
Jeffrey J. Sikirica, Esquire
P.O. Box 13426
Pittsburgh, PA 15243
724 625 2566
TrusteeSikirica@gmail.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LEANN BENNINGHOFF<br>aka LEEANN A BENNINGHOFF aka LEEANN ANN BENNINGHOFF | CASE NO: 18-20860-CMB<br><br>**CERTIFICATE OF SERVICE**<br><br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/23/2023, a copy of the following documents, described below,

NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/23/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
P.O. Box 13426
Pittsburgh, PA  15243

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH 01/23/23 CLASSIFICATION OF THE PARTY ADDRESS PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX DEPARTMENT STORES<br>PO BOX 8218<br>MASON OH 45040-8218 |
| AARON S APPLEBAUM<br>DLA PIPER LLP US<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1165 | EMMANUEL J ARGENTIERI<br>ROMANO GARUBO  ARGENTIERI<br>52 NEWTON AVENUE<br>PO BOX 456<br>WOODBURY NJ 08096-7456 | ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| LEEANN BENNINGHOFF<br>6123 CHATAM DRIVE<br>ALIQUIPPA PA 15001-4801 | BEST BUYCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | BOROUGH OF BRENTWOOD<br>3624 BROWNSVILLE ROAD<br>PITTSBURGH PA 15227-3153 |
| BOROUGH OF BRENTWOOD PENNSYLVANIA<br>MATTHEW J BURNE ESQUIRE<br>TUCKER ARENSBERG PC<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222-5413 | MATTHEW JAMES BURNE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>405 S MAIN STREET STE 300<br>SALT LAKE CITY UT 84111-3402 | CAITLIN P STRAUSS ESQ<br>SAUL EWING LLP  CENTRE SQUARE WEST<br>1500 MARKET STREET 38TH FLOOR<br>PHILADELPHIA PA 19102-2100 |
| CALIFORNIA LIMITED LIABILITY COMPANY<br>8900 FREEPORT PARKWAY<br>SUITE 150<br>IRVING TX 75063-2415 | CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CENTRAL CREDIT SERVICES LLC<br>9550 REGENCY SQUARE BLVD<br>SUITE 500A<br>JACKSONVILLE FL 32225-8169 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITICARDS CBNA<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| COMCAST<br>676 ISLAND POND ROAD<br>MANCHESTER NH 03109-4840 | COMMONWEALTH OF PENNSYLVANIA<br>PITTSBURGH INHERITANCE DIV<br>414 GRANT ST - SUITE 216<br>PITTSBURGH PA 15219-5419 | COMMONWEATH LAND TITLE INSURANCE<br>COMPANY<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204-2901 |
| COMPLETE ESCROW SERVICES LLC<br>246 MOON CLINTON ROAD<br>CORAOPOLIS PA 15108-2490 | DEPARTMENT STORE NATIONAL BANK<br>PO BOX 657<br>KIRKLAND WA 98083-0657 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| DEPARTMENT STORES NATIONAL BANK<br>CO ARS NARIONAL SERVICES<br>PO BOX 469100<br>ESCONDIDO CA 92046-9100 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND WA 98083-0657 | DUQUESNE LIGHT COMPANY<br>CO BERNSTEINBURKLEY PC<br>707 GRANT STREET SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH CM/ECF ELECTRONIC NOTICE. USPS FIRST CLASS MAIL SERVED ON DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF PARTICIPANT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EBF PARTNERS LLC<br>5 WEST 37TH STREET 2ND FLOOR<br>NEW YORK NY 10018-5385 | KERI P EBECK<br>BERNSTEINBURKLEY<br>601 GRANT STREET 9TH FLOOR<br>PITTSBURGH PA 15219-4430 | EVEREST BUSINESS FUNDING<br>PRYOR  MANDELUP LLP<br>ATTN- ANTHONY F GIULIANO ESQ<br>675 OLD COUNTRY ROAD<br>WESTBURY NY 11590-4513 |
| GATEWAY ONE LENDING<br>3818 E CORONADO<br>ANAHEIM CA 92807-1620 | GATEWAY ONE LENDING  FINANCE LLC<br>160 N RIVERVIEW DRIVE STE 100<br>ANAHEIM CA 92808-2293 | GREAT AMERICAN INSURANCE GROUP<br>ATTN B CARLOS<br>301 EAST FOURTH ST - 24TH FLR<br>CINCINNATI OH 45202-4278 |
| KEYBANK<br>COMMERCIAL LOAN DEPARTMENT<br>PO BOX 94525<br>CLEVELAND OH 44101-4525 | L CHARLES FEDEL<br>429 FORBES AVENUE<br>1400<br>PITTSBURGH PA 15219-1612 | LLOYDS OF LONDON<br>CO LANCER CLAIMS SERVICES<br>681 SOUTH PARKER SUITE 300<br>ORANGE CA 92868-4738 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MARLIN LEASING<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| MICHAEL J JOYCE ESQ<br>SAUL EWING LLP<br>ONE PPG PLACE 30TH FLOOR<br>PITTSBURGH PA 15222-5419 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| ONEMAIN<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC I LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>JHPDE FINANCE 1 LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RAY P WENDOLOWSKI ESQ  BERNSTEIN BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1908 | SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (OR, IF LISTED, AT THE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SHAWN BENNINGHOFF<br>1064 SWEET BRIER DRIVE<br>ALIQUIPPA PA 15001-6502 | JEFFREY J SIKIRICA<br>JEFFREY J SIKIRICA ATTORNEYATLAW<br>PO BOX 13426<br>PITTSBURGH PA 15243-0426 | SREE SAI PROPEERTIES INC<br>1651 ROYAL OAK DRIVE<br>SEWICKLEY PA 15143-8656 |
| SREE SAI PROPERTIES INC<br>NAGARJUNA VELAGA<br>1651 ROYAL OAK DRIVE<br>SEWICKLEY PA 15143-8656 | SYNCBLOWES<br>PO BOX 956005<br>ORLANDO FL 32896-0001 | TD BANK USA NA<br>C O WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 |
| TD BANK USATARGET CREDIT<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | THOMAS R DOMINCZYK ESQ<br>MAURICE WUTSCHER LLP<br>5 WALTER FORAN BLVD SUITE 2007<br>FLEMINGTON NJ 08822-4674 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | TOYOTA MOTOR CREDIT CORPORATION<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | TRAVELERS INSURANCE<br>ATTN A GENNETTI<br>385 WASHINGTON STREET<br>SAINT PAUL MN 55102-1309 |
| US BANK TRUST NATIONAL ASSOCIATION<br>OWNER<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708 | US BANK NA SUCCESSOR TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | S JAMES WALLACE<br>GRB LAW<br>525 WILLIAM PENN PLACE<br>SUITE 3110<br>PITTSBURGH PA 15219-1753 |
| WILLIAM YARUSSI<br>101 LAWNVIEW COURT<br>CRANBERRY TWP PA 16066-3549 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 | |