**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| **Leeann Benninghoff,** ) | **Case No. 18-20860-CMB** |
| ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____ X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒  a motion to dismiss case or certificate of default requesting dismissal

☐  a plan modification sought by: _____

☐  a motion to lift stay
   as to creditor  _____

☐  Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated  _9/27/19_

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Debtor(s) Plan payments shall be changed from $ 915.60 to $5,989.15  per month, effective _3/1/23__; and/or the Plan term shall be changed from _na__ months to _na___ months.

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
➢ Trustee's Certificate of Default (at Doc 84) resolved without prejudice by this Order.
➢ Brentwood paid per Doc 56, with future payment made by Debtor directly.
➢ Pa Revenue claim #1 governs.
➢ Part 5-4 of plan is with Commonwealth Land Title Insurance Company shall participate in section 5-1 and receive a pro rata share of available funds.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated

Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**IT IS ORDERED**, this __20th__ day of __March__, 202_3_

_____  
United States Bankruptcy Judge     **dmk**

Stipulated by:

/s/ Jeffrey J. Sikirica_____  
Counsel to Debtor

Stipulated by:

/s/ Owen Katz  
Counsel to Chapter 13 Trustee

Stipulated by:

N/A_____  
Counsel to affected creditor

FILED  
3/20/23 12:30 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20860-CMB |
| LeeAnn Benninghoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn Benninghoff, 6123 Chatam Drive, Aliquippa, PA 15001-4801 |
| cr | + | Everest Business Funding, Pryor & Mandelup, LLP, Attn: Anthony F. Giuliano, Esq., 675 Old Country Road, Westbury, NY 11590-4513 |
| 15097332 | + | Borough of Brentwood, Pennsylvania, Matthew J. Burne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14787348 | + | Caitlin P. Strauss, Esq., Saul Ewing LLP - Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 14810927 | + | California Limited Liability Company, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |
| 14787356 | + | Commonwealth Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 14787357 | + | Commonwealth of Pennsylvania, Pittsburgh Inheritance Div, 414 Grant St. - Suite 216, Pittsburgh, PA 15219-5419 |
| 14787358 | + | Commonweath Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 15075952 | + | Complete Escrow Services, LLC, 246 Moon Clinton Road, Coraopolis, PA 15108-2490 |
| 14787359 |   | Department Stores National Bank, c/o ARS Narional Services, PO Box 469100, Escondido, CA 92046-9100 |
| 14787360 | + | EBF Partners, LLC, 5 West 37th Street 2nd Floor, New York, NY 10018-5385 |
| 14823308 | + | Everest Business Funding, Pryor & Mandelup, LLP, c/o Anthony Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| 14825002 | + | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808-2293 |
| 15075953 | + | Great American Insurance Group, Attn:. B. Carlos, 301 East Fourth St. - 24th Flr., Cincinnati, OH 45202-4278 |
| 15075954 | + | L. Charles Fedel, 429 Forbes Avenue, 1400, Pittsburgh, PA 15219-1612 |
| 15075955 | + | Lloyd's of London, c/o Lancer Claims Services, 681 South Parker, Suite 300, Orange, CA 92868-4738 |
| 14787363 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14787365 | + | Michael J. Joyce, Esq., SAUL EWING LLP, One PPG Place, 30th Floor, Pittsburgh, PA 15222-5419 |
| 14787368 | + | Ray P. Wendolowski, Esq - Bernstein Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14810928 | + | Shawn Benninghoff, 1064 Sweet Brier Drive, Aliquippa, PA 15001-6502 |
| 14787370 | + | Sree Sai Propeerties, Inc., 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14814191 | + | Sree Sai Properties, Inc., Nagarjuna Velaga, 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14787373 | + | Thomas R. Dominczyk, Esq., Maurice Wutscher LLP, 5 Walter Foran Blvd., Suite 2007, Flemington, NJ 08822-4674 |
| 15075956 | + | Travelers Insurance, Attn: A. Gennetti, 385 Washington Street, Saint Paul, MN 55102-1309 |
| 15075957 | + | William Yarussi, 101 Lawnview Court, Cranberry Twp, PA 16066-3549 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 21 2023 00:15:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 21 2023 00:14:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 21 2023 00:15:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954322 | | Email/Text: bnc@atlasacq.com | | |
| | | | Mar 21 2023 00:15:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14787344 | + | Email/PDF: bncnotices@becket-lee.com | | |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Mar 21 2023 00:15:01 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14814596 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2023 00:15:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 00:15:15 | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 14787346 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 00:14:47 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14787354 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2023 00:15:00 | Citizens Bank, DDA Recovery RJW245, P.O. Box 42023, Providence, RI 02940 |
| 14787349 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2023 00:15:14 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14787350 | + | Email/Text: ngisupport@radiusgs.com | Mar 21 2023 00:15:00 | Central Credit Services, LLC, 9550 Regency Square Blvd., Suite 500A, Jacksonville, FL 32225-8169 |
| 14787353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 00:15:16 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14787355 | + | Email/Text: documentfiling@lciinc.com | Mar 21 2023 00:15:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 14806874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 00:15:15 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983457 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14830354 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 21 2023 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14787351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2023 00:14:45 | Chase, P.O. Box 469030, Glendale, CO 80246-9030 |
| 14787352 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2023 00:14:45 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787362 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 21 2023 00:15:00 | KeyBank, Commercial Loan Department, P.O. Box 94525, Cleveland, OH 44101-4525 |
| 14830495 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2023 00:14:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14787364 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2023 00:14:58 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14828219 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2023 00:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14787366 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2023 00:14:57 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14800748 | | Email/PDF: cbp@onemainfinancial.com | Mar 21 2023 00:15:13 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14787367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2023 00:15:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14830803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2023 00:15:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14787543 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 21 2023 00:14:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791152 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

Case 18-20860-CMB   Doc 94   Filed 03/22/23   Entered 03/23/23 00:26:41   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14825254 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 21 2023 00:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14818908 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2023 00:15:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14832983 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2023 00:15:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787369 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 21 2023 00:16:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14787371 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2023 00:14:58 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 14832964 | + | Email/Text: bncmail@w-legal.com | Mar 21 2023 00:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14787372 | + | Email/Text: bncmail@w-legal.com | Mar 21 2023 00:15:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14787374 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 21 2023 00:15:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14804129 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 21 2023 00:15:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14814595 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2023 00:15:16 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14830251 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 21 2023 00:15:00 | U.S. Bank Trust National Association, owner truste, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14833119 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 21 2023 00:16:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Commonwealth Land Title Insurance Company |
| cr | | Toyota Motor Credit Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14816659 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14787347 | ##+ | Borough of Brentwood, 3624 Brownsville Road, Pittsburgh, PA 15227-3153 |
| 14787361 | ##+ | Gateway One Lending, 3818 E Coronado, Anaheim, CA 92807-1620 |

TOTAL: 4 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Creditor Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Plaintiff Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 bk@rgalegal.com |
| Jeffrey J. Sikirica | on behalf of Debtor LeeAnn Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Defendant Leeann Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew James Burne | on behalf of Creditor Borough of Brentwood matthew.burne@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 11