IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-20860-CMB |
| Leeann Benninghoff | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Leeann Benninghoff | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **August 2, 2023, at 1:30 p.m. before Judge Carlota Böhm.**  Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.**  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 12, 2023.**

| | |
|---|---|
| <u>6/22/23</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 18-20860-CMB

LeeAnn Benninghoff      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4

Date Rcvd: Jun 23, 2023      Form ID: pdf900      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn Benninghoff, 6123 Chatam Drive, Aliquippa, PA 15001-4801 |
| cr | + | Everest Business Funding, Pryor & Mandelup, LLP, Attn: Anthony F. Giuliano, Esq., 675 Old Country Road, Westbury, NY 11590-4513 |
| 15097332 | + | Borough of Brentwood, Pennsylvania, Matthew J. Burne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14787348 | + | Caitlin P. Strauss, Esq., Saul Ewing LLP - Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 14810927 | + | California Limited Liability Company, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |
| 14787356 | + | Commonwealth Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 14787357 | + | Commonwealth of Pennsylvania, Pittsburgh Inheritance Div, 414 Grant St. - Suite 216, Pittsburgh, PA 15219-5419 |
| 14787358 | + | Commonweath Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 15075952 | + | Complete Escrow Services, LLC, 246 Moon Clinton Road, Coraopolis, PA 15108-2490 |
| 14787359 | | Department Stores National Bank, c/o ARS Narional Services, PO Box 469100, Escondido, CA 92046-9100 |
| 14787360 | + | EBF Partners, LLC, 5 West 37th Street 2nd Floor, New York, NY 10018-5385 |
| 14823308 | + | Everest Business Funding, Pryor & Mandelup, LLP, c/o Anthony Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| 14825002 | + | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808-2293 |
| 15075953 | + | Great American Insurance Group, Attn:. B. Carlos, 301 East Fourth St. - 24th Flr., Cincinnati, OH 45202-4278 |
| 15075954 | + | L. Charles Fedel, 429 Forbes Avenue, 1400, Pittsburgh, PA 15219-1622 |
| 15075955 | + | Lloyd's of London, c/o Lancer Claims Services, 681 South Parker, Suite 300, Orange, CA 92868-4738 |
| 14787363 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14787365 | + | Michael J. Joyce, Esq., SAUL EWING LLP, One PPG Place, 30th Floor, Pittsburgh, PA 15222-5419 |
| 14787368 | + | Ray P. Wendolowski, Esq - Bernstein Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14810928 | + | Shawn Benninghoff, 1064 Sweet Brier Drive, Aliquippa, PA 15001-6502 |
| 14787370 | + | Sree Sai Propeerties, Inc., 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14814191 | + | Sree Sai Properties, Inc., Nagarjuna Velaga, 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14787373 | + | Thomas R. Dominczyk, Esq., Maurice Wutscher LLP, 5 Walter Foran Blvd., Suite 2007, Flemington, NJ 08822-4674 |
| 15075956 | + | Travelers Insurance, Attn: A. Gennetti, 385 Washington Street, Saint Paul, MN 55102-1309 |
| 15075957 | + | William Yarussi, 101 Lawnview Court, Cranberry Twp, PA 16066-3549 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:04:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 23 2023 23:55:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954322 | | Email/Text: bnc@atlasacq.com | Jun 23 2023 23:55:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14787344 | + | Email/PDF: bncnotices@becket-lee.com | | |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14814596 | Email/PDF: bncnotices@becket-lee.com | Jun 24 2023 00:04:23 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| | | Jun 24 2023 00:04:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787345 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:04:23 | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 14787346 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:04:23 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14787354 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 23 2023 23:55:00 | Citizens Bank, DDA Recovery RJW245, P.O. Box 42023, Providence, RI 02940 |
| 14787349 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2023 00:04:23 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14787350 | + Email/Text: ngisupport@radiusgs.com | Jun 23 2023 23:55:00 | Central Credit Services, LLC, 9550 Regency Square Blvd., Suite 500A, Jacksonville, FL 32225-8169 |
| 14787353 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:04:33 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14787355 | + Email/Text: documentfiling@lciinc.com | Jun 23 2023 23:55:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 14806874 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:04:22 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983457 | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14830354 | + Email/Text: kburkley@bernsteinlaw.com | Jun 23 2023 23:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14787351 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2023 00:04:33 | Chase, P.O. Box 469030, Glendale, CO 80246-9030 |
| 14787352 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2023 00:04:22 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787362 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 23 2023 23:55:00 | KeyBank, Commercial Loan Department, P.O. Box 94525, Cleveland, OH 44101-4525 |
| 14830495 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2023 00:04:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14787364 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2023 00:04:21 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14828219 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 23:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14787366 | + Email/PDF: cbp@onemainfinancial.com | Jun 24 2023 00:04:32 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14800748 | Email/PDF: cbp@onemainfinancial.com | Jun 24 2023 00:04:27 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14787367 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:04:28 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14830803 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2023 00:04:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14787543 | + Email/PDF: rmscedi@recoverycorp.com | Jun 24 2023 00:04:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791152 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

Case 18-20860-CMB  Doc 98  Filed 06/25/23  Entered 06/26/23 10:52:26  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 14825254 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2023 23:55:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14818908 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14832983 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787369 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2023 23:56:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14787371 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:21 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 14832964 | + | Email/Text: bncmail@w-legal.com | Jun 23 2023 23:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14787372 | + | Email/Text: bncmail@w-legal.com | Jun 23 2023 23:55:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14787374 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 23 2023 23:55:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14804129 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 23 2023 23:55:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14814595 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2023 00:04:23 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14830251 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 23:55:00 | U.S. Bank Trust National Association, owner truste, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14833119 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2023 23:56:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Commonwealth Land Title Insurance Company |
| cr | | Toyota Motor Credit Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14816659 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14787347 | ##+ | Borough of Brentwood, 3624 Brownsville Road, Pittsburgh, PA 15227-3153 |
| 14787361 | ##+ | Gateway One Lending, 3818 E Coronado, Anaheim, CA 92807-1620 |

TOTAL: 4 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Creditor Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Plaintiff Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 bk@rgalegal.com |
| Jeffrey J. Sikirica | on behalf of Debtor LeeAnn Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Defendant Leeann Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew James Burne | on behalf of Creditor Borough of Brentwood matthew.burne@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 11