**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **LEEANN BENNINGHOFF** ) | Case No.   18-20860-CMB |
| aka LEE A BENNINGHOFF ) | |
| aka LEE ANN BENNINGHOFF ) | Chapter 13 |
| ) | |
| Debtor(s).   ) | |
| ) | |
| ) | Document No. _____ |
| **RONDA J. WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE** ) | |
| ) | |
| Movant,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| **LEEANN BENNINGHOFF** ) | |
| ) | |
| Respondent.   ) | |

**CERTIFICATE OF SERVICE OF
RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 12, 2023.

The type(s) of service made on the parties was First Class Mail unless indicated as electronic service by NEF on the attached list.

Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
Chapter 13 Trustee

Office of the U.S. Trustee     ustpregion03.pi.ecf@usdoj.gov

Leeann Benninghoff
6123 Chatam Drive
Aliquippa, PA 15001


Dated:   07/12/2023                              */s/ Jeffrey J. Sikirica*
                                                 Jeffrey J. Sikirica, Esquire
                                                 PA. I.D. No.   3674

P.O. Box 13426
Pittsburgh, PA 15243
T: (724) 625-2566
F: (866) 309-5677
JJSPAESQ@gmail.com

**COUNSEL FOR DEBTOR**