**PROCEEDING MEMO**

**Date: 08/02/2023 01:30 pm**

**In re:   LeeAnn Benninghoff**

**Bankruptcy No. 18-20860-CMB**
**Chapter: 13**
**Doc. # 95**

**Appearances:  Kate DeSimone**
**Jeffrey Sikirica, Esq.**

**Nature of Proceeding: #95 Motion to Dismiss Case**

**Additional Pleadings:  #99 Debtor's Response**

**Outcome:  Hearing held.  Oral Motion to Convert.  No objections.  Case converted to chapter 7.**

FILED
8/3/23 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**