| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | LeeAnn Benninghoff<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0503 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    3/6/18 |
| Case number: | 18–20860–CMB | Date case converted to chapter: | 7    8/3/23 |

<u>Official Form 309B (For Individuals or Joint Debtors)</u>
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at <u>https://pacer.uscourts.gov</u>).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | LeeAnn Benninghoff | |
| 2. | **All other names used in the last 8 years** | aka Lee A Benninghoff, aka Lee Ann Benninghoff | |
| 3. | **Address** | 6123 Chatam Drive<br>Aliquippa, PA 15001 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey J. Sikirica<br>Jeffrey J. Sikirica Attorney–at–Law<br>PO Box 13426<br>Pittsburgh, PA 15243 | Contact phone 724–625–2566<br><br>Email: jjspaesq@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

Debtor  **LeeAnn Benninghoff**                                                                                         Case number **18–20860–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/3/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 18, 2023 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**    **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/17/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/12/23**<br><br>**Filing deadline: 9/4/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
LeeAnn Benninghoff  
    Debtor

Case No. 18-20860-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Aug 04, 2023     Form ID: 309B     Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn Benninghoff, 6123 Chatam Drive, Aliquippa, PA 15001-4801 |
| aty | + | Aaron S. Applebaum, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801-1165 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Emmanuel J. Argentieri, Romano Garubo & Argentieri, 52 Newton Avenue, PO Box 456, Woodbury, NJ 08096-7456 |
| aty | + | Matthew James Burne, Office of the United States Trustee, 405 S. Main Street, Ste. 300, Salt Lake City, UT 84111-3402 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + | Everest Business Funding, Pryor & Mandelup, LLP, Attn: Anthony F. Giuliano, Esq., 675 Old Country Road, Westbury, NY 11590-4513 |
| 15097332 | + | Borough of Brentwood, Pennsylvania, Matthew J. Burne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14787348 | + | Caitlin P. Strauss, Esq., Saul Ewing LLP - Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 14810927 | + | California Limited Liability Company, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |
| 14787356 | + | Commonwealth Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 14787357 | + | Commonwealth of Pennsylvania, Pittsburgh Inheritance Div, 414 Grant St. - Suite 216, Pittsburgh, PA 15219-5419 |
| 14787358 | + | Commonweath Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 15075952 | + | Complete Escrow Services, LLC, 246 Moon Clinton Road, Coraopolis, PA 15108-2490 |
| 14787359 | | Department Stores National Bank, c/o ARS Narional Services, PO Box 469100, Escondido, CA 92046-9100 |
| 14787360 | + | EBF Partners, LLC, 5 West 37th Street 2nd Floor, New York, NY 10018-5385 |
| 14823308 | + | Everest Business Funding, Pryor & Mandelup, LLP, c/o Anthony Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| 14825002 | + | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808-2293 |
| 15075953 | + | Great American Insurance Group, Attn:. B. Carlos, 301 East Fourth St. - 24th Flr., Cincinnati, OH 45202-4278 |
| 15075954 | + | L. Charles Fedel, 429 Forbes Avenue, 1400, Pittsburgh, PA 15219-1622 |
| 15075955 | + | Lloyd's of London, c/o Lancer Claims Services, 681 South Parker, Suite 300, Orange, CA 92868-4738 |
| 14787363 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14787365 | + | Michael J. Joyce, Esq., SAUL EWING LLP, One PPG Place, 30th Floor, Pittsburgh, PA 15222-5419 |
| 14787368 | + | Ray P. Wendolowski, Esq - Bernstein Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14810928 | + | Shawn Benninghoff, 1064 Sweet Brier Drive, Aliquippa, PA 15001-6502 |
| 14787370 | + | Sree Sai Propeerties, Inc., 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14814191 | + | Sree Sai Properties, Inc., Nagarjuna Velaga, 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14787373 | + | Thomas R. Dominczyk, Esq., Maurice Wutscher LLP, 5 Walter Foran Blvd., Suite 2007, Flemington, NJ 08822-4674 |
| 15075956 | + | Travelers Insurance, Attn: A. Gennetti, 385 Washington Street, Saint Paul, MN 55102-1309 |
| 15075957 | + | William Yarussi, 101 Lawnview Court, Cranberry Twp, PA 16066-3549 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jjspaesq@gmail.com | Aug 04 2023 23:24:00 | Jeffrey J. Sikirica, Law Office of Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243 |
| aty | Email/Text: jjspaesq@gmail.com | Aug 04 2023 23:24:00 | Jeffrey J. Sikirica, Jeffrey J. Sikirica Attorney-at-Law, PO Box 13426, Pittsburgh, PA 15243 |
| aty | Email/Text: kebeck@bernsteinlaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 309B | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 04 2023 23:25:20 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| tr | + | EDI: BRCCRAWFORD.COM | | |
| | | | Aug 05 2023 03:09:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | | |
| | | | Aug 05 2023 03:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Aug 04 2023 23:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |
| | | | Aug 04 2023 23:25:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: Q3G.COM | | |
| | | | Aug 05 2023 03:09:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | EDI: PRA.COM | | |
| | | | Aug 05 2023 03:09:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Aug 04 2023 23:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954322 | | EDI: ATLASACQU | | |
| | | | Aug 05 2023 03:09:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14787344 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 04 2023 23:52:59 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14814596 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 04 2023 23:39:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787345 | + | EDI: CITICORP.COM | | |
| | | | Aug 05 2023 03:09:00 | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 14787346 | + | EDI: CITICORP.COM | | |
| | | | Aug 05 2023 03:09:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14787354 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Aug 04 2023 23:24:00 | Citizens Bank, DDA Recovery RJW245, P.O. Box 42023, Providence, RI 02940 |
| 14787349 | + | EDI: CAPITALONE.COM | | |
| | | | Aug 05 2023 03:09:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14787350 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Aug 04 2023 23:25:00 | Central Credit Services, LLC, 9550 Regency Square Blvd., Suite 500A, Jacksonville, FL 32225-8169 |
| 14787353 | + | EDI: CITICORP.COM | | |
| | | | Aug 05 2023 03:09:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14787355 | + | EDI: COMCASTCBLCENT | | |
| | | | Aug 05 2023 03:09:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 14806874 | + | EDI: CITICORP.COM | | |
| | | | Aug 05 2023 03:09:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983457 | | EDI: Q3G.COM | | |
| | | | Aug 05 2023 03:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14830354 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Aug 04 2023 23:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14787351 | | EDI: JPMORGANCHASE | | |
| | | | Aug 05 2023 03:09:00 | Chase, P.O. Box 469030, Glendale, CO 80246-9030 |
| 14787352 | | EDI: JPMORGANCHASE | | |
| | | | Aug 05 2023 03:09:00 | Chase Card, PO Box 15298, Wilmington, DE |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14787362 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 04 2023 23:25:00 | KeyBank, Commercial Loan Department, P.O. Box 94525, Cleveland, OH 44101-4525 |
| 14830495 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 23:52:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14787364 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 23:23:29 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14828219 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 23:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14787366 | + | EDI: AGFINANCE.COM | Aug 05 2023 03:09:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14800748 | | EDI: AGFINANCE.COM | Aug 05 2023 03:09:00 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14787367 | | EDI: PRA.COM | Aug 05 2023 03:09:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14830803 | | EDI: PRA.COM | Aug 05 2023 03:09:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14787543 | + | EDI: RECOVERYCORP.COM | Aug 05 2023 03:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791152 | | EDI: PENNDEPTREV | Aug 05 2023 03:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14791152 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14825254 | + | EDI: JEFFERSONCAP.COM | Aug 05 2023 03:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14818908 | | EDI: Q3G.COM | Aug 05 2023 03:09:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14832983 | | EDI: Q3G.COM | Aug 05 2023 03:09:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787369 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 23:25:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14787371 | + | EDI: RMSC.COM | Aug 05 2023 03:09:00 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 14832964 | + | Email/Text: bncmail@w-legal.com | Aug 04 2023 23:25:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14787372 | + | EDI: WTRRNBANK.COM | Aug 05 2023 03:09:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14787374 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 04 2023 23:25:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14804129 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 04 2023 23:25:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14814595 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2023 23:52:56 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14830251 | + | Email/Text: flyersprod.inbound@axisai.com | Aug 04 2023 23:25:00 | U.S. Bank Trust National Association, owner truste, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14833119 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 23:25:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 309B | Total Noticed: 76 |

Lake City, UT 84165-0250

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Commonwealth Land Title Insurance Company |
| cr | | Toyota Motor Credit Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14816659 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14787347 | ##+ | Borough of Brentwood, 3624 Brownsville Road, Pittsburgh, PA 15227-3153 |
| 14787361 | ##+ | Gateway One Lending, 3818 E Coronado, Anaheim, CA 92807-1620 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Creditor Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Plaintiff Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 bk@rgalegal.com |
| Jeffrey J. Sikirica | on behalf of Debtor LeeAnn Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Defendant Leeann Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 04, 2023 | Form ID: 309B | Total Noticed: 76 |

|  |  |
|---|---|
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew James Burne | on behalf of Creditor Borough of Brentwood matthew.burne@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 12