# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LEEANN BENNINGHOFF<br><br>Leeann Benninghoff, Debtor<br>vs.<br>No Respondents. | CASE NO: 18-20860-CMB<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 103 |

On 8/9/2023, I did cause a copy of the following documents, described below,

ORDER OF COURT  ECF Docket Reference No. 103

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/9/2023

/s/ Jeffrey Sikirica, Esq.
Jeffrey Sikirica, Esq.  36745

P.O. Box 13426
Pittsburgh, PA  15243
724 625 2566
JJSPAESQ@gmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 18-20860-CMB |
| LEEANN BENNINGHOFF | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| Leeann Benninghoff, Debtor<br>vs.<br>No Respondents. | Chapter: 7<br>ECF Docket Reference No. 103 |

On 8/9/2023, a copy of the following documents, described below,

ORDER OF COURT  ECF Docket Reference No. 103

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/9/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Sikirica, Esq.

P.O. Box 13426
Pittsburgh, PA  15243

USPS FIRST-CLASS MAIL ACKNOWLEDGMENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX DEPARTMENT STORES<br>PO BOX 8218<br>MASON OH 45040-8218 |
| AARON S APPLEBAUM<br>DLA PIPER LLP US<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1165 | EMMANUEL J ARGENTIERI<br>ROMANO GARUBO  ARGENTIERI<br>52 NEWTON AVENUE<br>PO BOX 456<br>WOODBURY NJ 08096-7456 | ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| LEEANN BENNINGHOFF<br>6123 CHATAM DRIVE<br>ALIQUIPPA PA 15001-4801 | BEST BUYCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | BOROUGH OF BRENTWOOD<br>3624 BROWNSVILLE ROAD<br>PITTSBURGH PA 15227-3153 |
| BOROUGH OF BRENTWOOD PENNSYLVANIA<br>MATTHEW J BURNE ESQUIRE<br>TUCKER ARENSBERG PC<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222-5413 | MATTHEW JAMES BURNE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>405 S MAIN STREET STE 300<br>SALT LAKE CITY UT 84111-3402 | CAITLIN P STRAUSS ESQ<br>SAUL EWING LLP  CENTRE SQUARE WEST<br>1500 MARKET STREET 38TH FLOOR<br>PHILADELPHIA PA 19102-2100 |
| CALIFORNIA LIMITED LIABILITY COMPANY<br>8900 FREEPORT PARKWAY<br>SUITE 150<br>IRVING TX 75063-2415 | CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CENTRAL CREDIT SERVICES LLC<br>9550 REGENCY SQUARE BLVD<br>SUITE 500A<br>JACKSONVILLE FL 32225-8169 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITICARDS CBNA<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| COMCAST<br>676 ISLAND POND ROAD<br>MANCHESTER NH 03109-4840 | COMMONWEALTH LAND TITLE INSURANCE COMPANY<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204-2901 | COMMONWEALTH OF PENNSYLVANIA<br>PITTSBURGH INHERITANCE DIV<br>414 GRANT ST - SUITE 216<br>PITTSBURGH PA 15219-5419 |
| COMMONWEATH LAND TITLE INSURANCE COMPANY<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE FL 32204-2901 | COMPLETE ESCROW SERVICES LLC<br>246 MOON CLINTON ROAD<br>CORAOPOLIS PA 15108-2490 | ROSEMARY C CRAWFORD<br>CRAWFORD MCDONALD LLC<br>PO BOX 355<br>ALLISON PARK PA 15101-0355 |
| DEPARTMENT STORE NATIONAL BANK<br>PO BOX 657<br>KIRKLAND WA 98083-0657 | DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | DEPARTMENT STORES NATIONAL BANK<br>CO ARS NARIONAL SERVICES<br>PO BOX 469100<br>ESCONDIDO CA 92046-9100 |

USPS FIRST CLASS MAIL ACKNOWLEDGEMENTS
Parties whose names are struck through were not served via a First Class USPS Mail Service.

```
DEPARTMENT STORES NATIONAL BANK      DUQUESNE LIGHT COMPANY                      EBF PARTNERS LLC
CO QUANTUM3 GROUP LLC                CO BERNSTEINBURKLEY PC                      5 WEST 37TH STREET 2ND FLOOR
PO BOX 657                           707 GRANT STREET SUITE 2200 GULF TOWER      NEW YORK NY 10018-5385
KIRKLAND WA 98083-0657               PITTSBURGH PA 15219-1945



KERI EBECK                           EVEREST BUSINESS FUNDING                    GATEWAY ONE LENDING
ATTN KERI EBECK                      PRYOR  MANDELUP LLP                         3818 E CORONADO
601 GRANT STREET                     ATTN- ANTHONY F GIULIANO ESQ                ANAHEIM CA 92807-1620
9TH FLOOR                            675 OLD COUNTRY ROAD
PITTSBURGH PA 15219-4430             WESTBURY NY 11590-4513



GATEWAY ONE LENDING  FINANCE LLC     GREAT AMERICAN INSURANCE GROUP              KEYBANK
160 N RIVERVIEW DRIVE STE 100        ATTN B CARLOS                               COMMERCIAL LOAN DEPARTMENT
ANAHEIM CA 92808-2293                301 EAST FOURTH ST - 24TH FLR               PO BOX 94525
                                     CINCINNATI OH 45202-4278                    CLEVELAND OH 44101-4525



L CHARLES FEDEL                      LLOYDS OF LONDON                            MERRICK BANK
429 FORBES AVENUE                    CO LANCER CLAIMS SERVICES                   RESURGENT CAPITAL SERVICES
1400                                 681 SOUTH PARKER SUITE 300                  PO BOX 10368
PITTSBURGH PA 15219-1622             ORANGE CA 92868-4738                        GREENVILLE SC 29603-0368



MARLIN LEASING                       MERRICK BANK                                MICHAEL J JOYCE ESQ
300 FELLOWSHIP ROAD                  PO BOX 9201                                 SAUL EWING LLP
MOUNT LAUREL NJ 08054-1727           OLD BETHPAGE NY 11804-9001                  ONE PPG PLACE 30TH FLOOR
                                                                                 PITTSBURGH PA 15222-5419



MIDLAND FUNDING LLC                  BRIAN NICHOLAS                              OFFICE OF THE UNITED STATES TRUSTEE
PO BOX 2011                          KML LAW GROUP PC                            LIBERTY CENTER
WARREN MI 48090-2011                 701 MARKET STREET                           1001 LIBERTY AVENUE SUITE 970
                                     SUITE 5000                                  PITTSBURGH PA 15222-3721
                                     PHILADELPHIA PA 19106-1541



ONEMAIN                              ONEMAIN FINANCIAL                           PRA RECEIVABLES MANAGEMENT LLC
PO BOX 1010                          PO BOX 3251                                 POB 41067
EVANSVILLE IN 47706-1010             EVANSVILLE IN 47731-3251                    NORFOLK VA 23541-1067



PRA RECEIVABLES MANAGEMENT LLC       PENNSYLVANIA DEPT OF REVENUE                PEOPLES NATURAL GAS COMPANY LLC
PO BOX 41021                         DEPARTMENT 280946                           CO S JAMES WALLACE PC
NORFOLK VA 23541-1021                PO BOX 280946                               845 N LINCOLN AVE
                                     ATTN- BANKRUPTCY DIVISION                   PITTSBURGH PA 15233-1828
                                     HARRISBURG PA 17128-0946



PORTFOLIO RECOVERY ASSOCIATES LLC    PREMIER BANKCARD LLC                        QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 41067                         JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE      GPCC I LLC
NORFOLK VA 23541-1067                PO BOX 7999                                 PO BOX 788
                                     SAINT CLOUD MN 56302-7999                  KIRKLAND WA 98083-0788
```

USPS FIRST CLASS MAIL ACKNOWLEDGEMENTS
Parties whose names are struck through were not sent via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>JHPDE FINANCE 1 LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RAY P WENDOLOWSKI ESQ  BERNSTEIN BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1908 | SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| SHAWN BENNINGHOFF<br>1064 SWEET BRIER DRIVE<br>ALIQUIPPA PA 15001-6502 | SREE SAI PROPERTIES INC<br>NAGARJUNA VELAGA<br>1651 ROYAL OAK DRIVE<br>SEWICKLEY PA 15143-8656 | SYNCBLOWES<br>PO BOX 956005<br>ORLANDO FL 32896-0001 |
| TD BANK USA NA<br>C O WEINSTEIN  RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | TD BANK USATARGET CREDIT<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | THOMAS R DOMINCZYK ESQ<br>MAURICE WUTSCHER LLP<br>5 WALTER FORAN BLVD SUITE 2007<br>FLEMINGTON NJ 08822-4674 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | TOYOTA MOTOR CREDIT CORPORATION<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| TRAVELERS INSURANCE<br>ATTN A GENNETTI<br>385 WASHINGTON STREET<br>SAINT PAUL MN 55102-1309 | US BANK TRUST NATIONAL ASSOCIATION OWNER<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE CA 92619-2708 | US BANK NA SUCCESSOR TRUSTEE<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| S JAMES WALLACE<br>GRB LAW<br>525 WILLIAM PENN PLACE<br>SUITE 3110<br>PITTSBURGH PA 15219-1753 | WILLIAM YARUSSI<br>101 LAWNVIEW COURT<br>CRANBERRY TWP PA 16066-3549 | |

BY NEF
Rosemary Crawford
Chapter 7 Trustee