# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 18-20860-CMB |
| LEANN BENNINGHOFF, : | |
| : | Chapter 7 |
| Debtor. : | |
| : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)"), **Maribeth Thomas, Esquire**, hereby appears as counsel for the **Borough of Brentwood**, a creditor in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 9007, and 11 U.S.C. § 342, the undersigned requests that all notices and papers specified by those Rules, and all other notices given or required to be given to the Creditor in this case can be served upon:

**Maribeth Thomas, Esquire**
**Tucker Arensberg, P.C.**
**1500 One PPG Place**
**Pittsburgh, PA  15222**
**Telephone:  (412) 566-1212**
**Fax:  (412) 594-5619**
mthomas@tuckerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petition, disclosure statements, plans of reorganization, answer or reply papers, memoranda or briefs in support of any of the foregoing, and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: August 11, 2023

Respectfully Submitted,

**TUCKER ARENSBERG, P.C.**

<u>/s/ Maribeth Thomas</u>
Maribeth Thomas, Esquire
PA ID No. 208376
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 566-1212
Fax: (412) 594-5619
mthomas@tuckerlaw.com

*Counsel for the Borough of Brentwood*