**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br> LEEANN BENNINGHOFF <br><br> Debtor(s) | Case No. 18-20860CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/06/2018.

2) The plan was confirmed on 05/18/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/15/2019, 03/20/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/03/2023.

5) The case was converted on 08/03/2023.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,595.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $49,000.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $49,000.50

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,291.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,991.67

Attorney fees paid and disclosed by debtor:   $3,300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,392.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 10,037.95 | 10,037.95 | 418.37 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 161,849.86 | 127,095.36 | 127,095.36 | 5,297.14 | 0.00 |
| BBY/CBNA | Unsecured | 1,644.59 | NA | NA | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BRENTWOOD BOROUGH (SWG)* | Unsecured | NA | 196.32 | 680.34 | 24.05 | 0.00 |
| BRENTWOOD BOROUGH (SWG)* | Priority | NA | 894.39 | 1,010.35 | 1,010.35 | 0.00 |
| BRENTWOOD BOROUGH (TRASH) | Priority | 706.49 | 329.47 | 329.47 | 329.47 | 0.00 |
| BRENTWOOD BOROUGH (TRASH) | Unsecured | NA | 56.00 | 56.00 | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 7,931.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK NA | Unsecured | 175.68 | NA | NA | 0.00 | 0.00 |
| COMCAST++ | Unsecured | 1,534.33 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH LAND TITLE INSU | Unsecured | 0.00 | 685,712.48 | 400,000.00 | 16,671.39 | 0.00 |
| COMPLETE ESCROW SERVICES LLC+ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,899.42 | 1,899.42 | 1,899.42 | 67.14 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 432.76 | 432.76 | 15.30 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 58.16 | 58.16 | 2.06 | 0.00 |
| GATEWAY ONE LENDING & FINANCE | Secured | 9,420.03 | 9,438.70 | 9,438.70 | 9,438.70 | 766.18 |
| GREAT AMERICAN INSURANCE GRO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 2,508.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,541.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA** | Secured | 24,987.23 | 25,000.00 | 0.00 | 0.00 | 0.00 |
| LLOYDS OF LONDON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARLIN BUSINESS BANK | Unsecured | 6,804.22 | 2,175.31 | 2,175.31 | 76.90 | 0.00 |
| MERRICK BANK | Unsecured | 4,058.00 | 5,125.30 | 5,125.30 | 213.62 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,848.00 | 3,522.31 | 3,522.31 | 146.81 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MORTGAGE ELECTRONIC REGISTRA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 6,000.00 | 9,030.38 | 9,030.38 | 9,030.38 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,497.14 | 1,497.14 | 1,497.14 | 52.92 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 6,500.00 | 5,518.24 | 5,518.24 | 230.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | NA | 1,292.05 | 1,292.05 | 45.67 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | NA | 11,159.89 | 11,159.89 | 465.13 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | NA | 320.43 | 320.43 | 11.33 | 0.00 |
| SREE SAI PROPERTIES | Unsecured | 10,745.79 | 14,898.70 | 14,898.70 | 620.95 | 0.00 |
| TD BANK USA NA** | Unsecured | 275.00 | 1,435.01 | 1,435.01 | 50.73 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 22,968.53 | 22,968.53 | 22,968.53 | 957.30 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TMC | Secured | 37,830.00 | 38,285.88 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 68,804.38 | 77,909.87 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | NA | 133,372.42 | 0.00 | 0.00 | 0.00 |
| WILLIAM YARUSSI (DECEASED) | Unsecured | NA | 40.00 | 40.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,438.70 | $9,438.70 | $766.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,438.70** | **$9,438.70** | **$766.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,370.20 | $10,370.20 | $0.00 |
| **TOTAL PRIORITY:** | **$10,370.20** | **$10,370.20** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$610,212.90** | **$25,366.81** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,991.67 |
| Disbursements to Creditors | $45,941.89 |
| **TOTAL DISBURSEMENTS:** | **$48,933.56** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/21/2023                          By: /s/ Ronda J. Winnecour
                                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.