**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **BANKRUPTCY NO. 18-20860-CMB** |
| **LEEANN BENNINGHOFF** | : | |
| | : | **CHAPTER NO. 7** |
| Debtor. | : | |
| | : | |
| **LEEANN BENNINGHOFF** | : | Doc. No. _____ |
| | : | |
| Movant, | : | Related to Doc. No(s). _____ |
| v. | : | |
| | : | |
| No Respondents. | : | |

## RULE 1019 CONVERSION REPORT

SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION PER BANKRUPTCY RULE **1019(5)(B)(i)**

**NONE.**

STATEMENTS AND SCHEDULES REQUIRED BY BANKRUPTCY RULES **1019(1)(A)** AND **1007(b)** NOT FILED WITH THE CHAPTER 13 CASE

**NONE.**

SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THE CONVERSION ORDER PER BANKRUPTCY RULE **1019(5)(C)(i)**

**NONE.**

SCHEDULE OF UNPAID DEBTS NOT LISTED IN CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT PER BANKRUPTCY RULE **1019(5)(C)(ii)**

**NONE.**

<u>SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE
COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE ENTRY OF THE
CONVERSION ORDER PER BANKRUPTCY RULE **1019(5)(C)(iii)**</u>

**NONE.**

Respectfully Submitted,

Date: <u>08/16/2023</u>                                    <u>/s/ Jeffrey J. Sikirica                          </u>
                                                          Jeffrey J. Sikirica, Esq.
                                                          **Attorney for Debtor**

                                                          P.O. Box 13426
                                                          Pittsburgh, PA    15243
                                                          (724) 625-2566
                                                          (866) 309-5677 fax
                                                          JJSPAESQ@gmail.com

Declaration Under Penalty of Perjury by Attorney for Individual Debtor

I declare under penalty of perjury that I have reviewed the above and the statements above are
true and correct to the best of her knowledge, information, and belief.

Dated: <u>08/28/2023</u>                  Signature:     <u>/s/ Leann Benninghoff          </u>
                                                          Debtor