**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LEEANN BENNINGHOFF<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-20860<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/06/2018 and confirmed on 05/18/2018. The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,000.50 |
| Less Refunds to Debtor | 66.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,933.56 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 700.00 | |
|    Trustee Fee | 2,291.67 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,991.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KEYBANK NA**<br>    Acct: 2075 | 0.00 | 0.00 | 0.00 | 0.00 |
|   GATEWAY ONE LENDING & FINANCE LLC<br>    Acct: 0503 | 9,438.70 | 9,438.70 | 766.18 | 10,204.88 |
|   TOYOTA MOTOR CREDIT CORP (TMCC)<br>    Acct: 4431 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE<br>    Acct: 8535 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE<br>    Acct: 6108 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 10,204.88 |
| **Priority** | | | | |
|   JEFFREY J SIKIRICA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LEEANN BENNINGHOFF<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LEEANN BENNINGHOFF<br>    Acct: | 66.94 | 66.94 | 0.00 | 0.00 |

| 18-20860 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| | JEFFREY J SIKIRICA ESQ | 700.00 | 700.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 9,030.38 | 9,030.38 | 0.00 | 9,030.38 |
| | Acct: 0503 | | | | |
| | BRENTWOOD BOROUGH (TRASH) | 329.47 | 329.47 | 0.00 | 329.47 |
| | Acct: | | | | |
| | BRENTWOOD BOROUGH (SWG)* | 1,010.35 | 1,010.35 | 0.00 | 1,010.35 |
| | Acct: | | | | |
| | | | | | 10,370.20 |
| **Unsecured** | | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1124 | | | | |
| | MIDLAND FUNDING LLC | 3,522.31 | 146.81 | 0.00 | 146.81 |
| | Acct: 8824 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4914 | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3837 | | | | |
| | COMMONWEALTH LAND TITLE INSURANC | 400,000.00 | 16,671.39 | 0.00 | 16,671.39 |
| | Acct: 4027 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,899.42 | 67.14 | 0.00 | 67.14 |
| | Acct: 2820 | | | | |
| | ATLAS ACQUISITIONS LLC | 127,095.36 | 5,297.14 | 0.00 | 5,297.14 |
| | Acct: 5690 | | | | |
| | MARLIN BUSINESS BANK | 2,175.31 | 76.90 | 0.00 | 76.90 |
| | Acct: 5354 | | | | |
| | MERRICK BANK | 5,125.30 | 213.62 | 0.00 | 213.62 |
| | Acct: 5672 | | | | |
| | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 5,518.24 | 230.00 | 0.00 | 230.00 |
| | Acct: 3733 | | | | |
| | SREE SAI PROPERTIES | 14,898.70 | 620.95 | 0.00 | 620.95 |
| | Acct: 768 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,497.14 | 52.92 | 0.00 | 52.92 |
| | Acct: 7241 | | | | |
| | TD BANK USA NA** | 1,435.01 | 50.73 | 0.00 | 50.73 |
| | Acct: 1312 | | | | |
| | TOYOTA MOTOR CREDIT CORP | 22,968.53 | 957.30 | 0.00 | 957.30 |
| | Acct: 2757 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 10,037.95 | 418.37 | 0.00 | 418.37 |
| | Acct: 1002 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR JH | 11,159.89 | 465.13 | 0.00 | 465.13 |
| | Acct: 1055 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,292.05 | 45.67 | 0.00 | 45.67 |
| | Acct: 5061 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 432.76 | 15.30 | 0.00 | 15.30 |
| | Acct: 8550 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 58.16 | 2.06 | 0.00 | 2.06 |
| | Acct: 1016 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 320.43 | 11.33 | 0.00 | 11.33 |
| | Acct: 1505 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2820 | | | | |
| | BRENTWOOD BOROUGH (SWG)* | 680.34 | 24.05 | 0.00 | 24.05 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMPLETE ESCROW SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREAT AMERICAN INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4109 | | | | |
| | LLOYDS OF LONDON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRENTWOOD BOROUGH (TRASH) | 56.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM YARUSSI (DECEASED) | 40.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7241 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRYOR AND MANDELUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8535 | | | | |
| | SHAWN BENNINGHOFF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM YARUSSI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | L CHARLES FEDEL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SAUL EWING LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CENTRAL CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAURICE WUTSCHER LLP *FORMERLY M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 25,366.81 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 45,941.89 |

    TOTAL CLAIMED
        PRIORITY           10,370.20
        SECURED            9,438.70
        UNSECURED      610.212.90

Date: 08/29/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com