Certificate Number: 15609-PAW-DE-037120464

Bankruptcy Case Number: 18-20860



15609-PAW-DE-037120464

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2023, at 9:14 o'clock AM PST, Leeann Benninghoff completed a course on personal financial management given by internet by $9 Debt Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 19, 2023                    By:    /s/Armando Partida

                                           Name:  Armando Partida

                                           Title: Instructor