| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **LeeAnn Benninghoff** | | Social Security number or ITIN | xxx–xx–0503 |
| | First Name    Middle Name    Last Name | | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    _ _ _ _ | |
| | | | EIN    _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number: | 18–20860–CMB | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

LeeAnn Benninghoff
aka Lee A Benninghoff, aka Lee Ann Benninghoff

11/30/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 18-20860-CMB |
|---|---|---|
| LeeAnn Benninghoff | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: 318 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn Benninghoff, 6123 Chatam Drive, Aliquippa, PA 15001-4801 |
| cr | + | Everest Business Funding, Pryor & Mandelup, LLP, Attn: Anthony F. Giuliano, Esq., 675 Old Country Road, Westbury, NY 11590-4513 |
| 15097332 | + | Borough of Brentwood, Pennsylvania, Matthew J. Burne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14787348 | + | Caitlin P. Strauss, Esq., Saul Ewing LLP - Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 14810927 | + | California Limited Liability Company, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |
| 14787356 | + | Commonwealth Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 14787357 | + | Commonwealth of Pennsylvania, Pittsburgh Inheritance Div, 414 Grant St. - Suite 216, Pittsburgh, PA 15219-5419 |
| 14787358 | + | Commonwealth Land Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 15075952 | + | Complete Escrow Services, LLC, 246 Moon Clinton Road, Coraopolis, PA 15108-2490 |
| 14787359 | | Department Stores National Bank, c/o ARS Narional Services, PO Box 469100, Escondido, CA 92046-9100 |
| 14787360 | + | EBF Partners, LLC, 5 West 37th Street 2nd Floor, New York, NY 10018-5385 |
| 14823308 | + | Everest Business Funding, Pryor & Mandelup, LLP, c/o Anthony Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| 14825002 | + | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808-2293 |
| 15075953 | + | Great American Insurance Group, Attn:. B. Carlos, 301 East Fourth St. - 24th Flr., Cincinnati, OH 45202-4278 |
| 15075954 | + | L. Charles Fedel, 429 Forbes Avenue, 1400, Pittsburgh, PA 15219-1622 |
| 15075955 | + | Lloyd's of London, c/o Lancer Claims Services, 681 South Parker, Suite 300, Orange, CA 92868-4738 |
| 14787363 | + | Marlin Leasing, 300 Fellowship Road, Mount Laurel, NJ 08054-1727 |
| 14787365 | + | Michael J. Joyce, Esq., SAUL EWING LLP, One PPG Place, 30th Floor, Pittsburgh, PA 15222-5419 |
| 14787368 | + | Ray P. Wendolowski, Esq - Bernstein Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14810928 | + | Shawn Benninghoff, 1064 Sweet Brier Drive, Aliquippa, PA 15001-6502 |
| 14787370 | + | Sree Sai Propeerties, Inc., 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14814191 | + | Sree Sai Properties, Inc., Nagarjuna Velaga, 1651 Royal Oak Drive, Sewickley, PA 15143-8656 |
| 14787373 | + | Thomas R. Dominczyk, Esq., Maurice Wutscher LLP, 5 Walter Foran Blvd., Suite 2007, Flemington, NJ 08822-4674 |
| 15075956 | + | Travelers Insurance, Attn: A. Gennetti, 385 Washington Street, Saint Paul, MN 55102-1309 |
| 15075957 | + | William Yarussi, 101 Lawnview Court, Cranberry Twp, PA 16066-3549 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Dec 01 2023 05:08:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Dec 01 2023 05:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2023 00:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: Q3G.COM | | |

District/off: 0315-2 | User: auto | Page 2 of 5
Date Rcvd: Nov 30, 2023 | Form ID: 318 | Total Noticed: 68

| | | | Dec 01 2023 05:08:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 01 2023 05:08:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 01 2023 00:16:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954322 | | EDI: ATLASACQU | Dec 01 2023 05:08:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14787344 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 00:28:52 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14814596 | | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 00:28:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787345 | + | EDI: CITICORP | Dec 01 2023 05:08:00 | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 14787346 | + | EDI: CITICORP | Dec 01 2023 05:08:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14787354 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 01 2023 00:16:00 | Citizens Bank, DDA Recovery RJW245, P.O. Box 42023, Providence, RI 02940 |
| 14787349 | + | EDI: CAPITALONE.COM | Dec 01 2023 05:08:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14787350 | + | Email/Text: ngisupport@radiusgs.com | Dec 01 2023 00:16:00 | Central Credit Services, LLC, 9550 Regency Square Blvd., Suite 500A, Jacksonville, FL 32225-8169 |
| 14787353 | + | EDI: CITICORP | Dec 01 2023 05:08:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14787355 | + | EDI: COMCASTCBLCENT | Dec 01 2023 05:08:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 14806874 | | EDI: CITICORP | Dec 01 2023 05:08:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983457 | | EDI: Q3G.COM | Dec 01 2023 05:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14830354 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 01 2023 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14787351 | | EDI: JPMORGANCHASE | Dec 01 2023 05:08:00 | Chase, P.O. Box 469030, Glendale, CO 80246-9030 |
| 14787352 | | EDI: JPMORGANCHASE | Dec 01 2023 05:08:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787362 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 01 2023 00:17:00 | KeyBank, Commercial Loan Department, P.O. Box 94525, Cleveland, OH 44101-4525 |
| 15627650 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:18:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14830495 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2023 00:18:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14787364 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2023 00:18:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14828219 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14787366 | + | EDI: AGFINANCE.COM | Dec 01 2023 05:08:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Nov 30, 2023 | Form ID: 318 | Total Noticed: 68

| 14800748 | | EDI: AGFINANCE.COM | | |
| | | | Dec 01 2023 05:08:00 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14787367 | | EDI: PRA.COM | | |
| | | | Dec 01 2023 05:08:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14830803 | | EDI: PRA.COM | | |
| | | | Dec 01 2023 05:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14787543 | + | EDI: RECOVERYCORP.COM | | |
| | | | Dec 01 2023 05:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791152 | | EDI: PENNDEPTREV | | |
| | | | Dec 01 2023 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14791152 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Dec 01 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14825254 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Dec 01 2023 05:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14818908 | | EDI: Q3G.COM | | |
| | | | Dec 01 2023 05:08:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14832983 | | EDI: Q3G.COM | | |
| | | | Dec 01 2023 05:08:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787369 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 01 2023 00:17:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14787371 | + | EDI: SYNC | | |
| | | | Dec 01 2023 05:08:00 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 14832964 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 01 2023 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14787372 | + | EDI: WTRRNBANK.COM | | |
| | | | Dec 01 2023 05:08:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14787374 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Dec 01 2023 00:16:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14804129 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Dec 01 2023 00:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14814595 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Dec 01 2023 00:28:47 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14830251 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Dec 01 2023 00:16:00 | U.S. Bank Trust National Association, owner trustee, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14833119 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 01 2023 00:17:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Brentwood |
| cr | | Commonwealth Land Title Insurance Company |
| cr | | Toyota Motor Credit Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Nov 30, 2023 | Form ID: 318 | Total Noticed: 68

| | | |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14816659 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14787347 | ##+ | Borough of Brentwood, 3624 Brownsville Road, Pittsburgh, PA 15227-3153 |
| 14787361 | ##+ | Gateway One Lending, 3818 E Coronado, Anaheim, CA 92807-1620 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Creditor Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Plaintiff Commonwealth Land Title Insurance Company aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 bk@rgalegal.com |
| Jeffrey J. Sikirica | on behalf of Debtor LeeAnn Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Defendant Leeann Benninghoff TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maribeth Thomas | on behalf of Creditor Borough of Brentwood mthomas@tuckerlaw.com  maribeth.thomas@gmail.com |
| Matthew James Burne | on behalf of Creditor Borough of Brentwood matthew.burne@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2                          User: auto                                    Page 5 of 5
Date Rcvd: Nov 30, 2023                       Form ID: 318                             Total Noticed: 68

TOTAL: 12